APPEAL,CAP,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00117−RCL</u>−1

Case title: USA v. NICHOLS et al

Magistrate judge case number:  1:21−mj−00102−ZMF

Date Filed: 02/12/2021

Assigned to: Judge Royce C. Lamberth

**<u>Defendant (1)</u>**

| | |
|---|---|
| **RYAN TAYLOR NICHOLS** | represented by **Fredrick Rimes Files , Jr.** |

FILES HARRISON, P.C.
109 W. Ferguson
Tyler, TX 75702
903−595−3573
Fax: 903−597−7322
Email: bfiles@filesharrison.com
*TERMINATED: 08/24/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jeffrey T. Green**
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736−8291
Fax: (202) 736−8711
Email: jgreen@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joe B. Harrison**
FILES HARRISON, P.C.
109 W. Ferguson
Tyler, TX 75702
903−595−3573
Fax: 903−597−7322
Email: bretth@bainfiles.com
*TERMINATED: 08/24/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joseph Daniel McBride**
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue
25th Floor
New York, NY 10016
917–757–9537
Fax: 646–219–2012
Email: jmcbride@mcbridelawnyc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Bradford L Geyer**
FORMERFEDSGROUP.COM LCC
141 I Route 130 South
Suite 303
Cinnaminson, NJ 08077
856–607–5708
Email: bradford.geyer@formerfedsgroup.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jonathan Gross**
LAW OFFICE OF JONATHAN GROSS
2833 Smith Avenue
Suite 331
Baltimore, MD 21209
443–813–0141
Email: jonathansgross@gmail.com
*TERMINATED: 03/14/2023*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18 U.S.C. 231(a)(3) and 2; CIVIL
DISORDER; Civil Disorder and Aiding
and Abetting
(1)

18:231(a)(3) and 2; CIVIL DISORDER;
Civil Disorder and Aiding and Abetting
(1s)

18:1512(c)(2) and 2; TAMPERING WITH
A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(1ss)

**Disposition**

DISMISSED ON GOVERNMENT'S
MOTION

DISMISSED ON GOVERNMENT'S
MOTION

Defendant is hereby committed to the custody
of the Bureau of Prisons for a term of
Sixty–Three (63) months on Counts 1ss and
2ss, with all terms to run concurrently. The
Defendant is further sentenced to serve a
Thirty–Six (36) month term of supervised
release on Counts 1ss and 2ss, with all terms
to run concurrently. In addition, the Defendant

|  |  |
|---|---|
|  | is ordered to pay a fine of $200,000, restitution in the amount of $2,000 and a special assessment of $200 ($100 on each count). |
| 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (2) | DISMISSED ON GOVERNMENT'S MOTION |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (2s) | DISMISSED ON GOVERNMENT'S MOTION |
| 18:111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (2ss) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Sixty−Three (63) months on Counts 1ss and 2ss, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty−Six (36) month term of supervised release on Counts 1ss and 2ss, with all terms to run concurrently. In addition, the Defendant is ordered to pay a fine of $200,000, restitution in the amount of $2,000 and a special assessment of $200 ($100 on each count). |
| 18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (3) | DISMISSED ON GOVERNMENT'S MOTION |
| 18:111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (3s) | DISMISSED ON GOVERNMENT'S MOTION |
| 18 U.S.C. 1752(a)(1) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon (5) | DISMISSED ON GOVERNMENT'S MOTION |
| 18:1752(a)(1) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon | DISMISSED ON GOVERNMENT'S MOTION |

(5s)

18 U.S.C. 1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon

DISMISSED ON GOVERNMENT'S
MOTION

(7)

18:1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon

DISMISSED ON GOVERNMENT'S
MOTION

(7s)

40 U.S.C. 5104(e)(1)(A)(i); FEDERAL
STATUTES, OTHER; Unlawful
Possession of a Dangerous Weapon on
Capitol Grounds or Buildings

DISMISSED ON GOVERNMENT'S
MOTION

(9)

40:5104(e)(2)(D); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Disorderly
Conduct in a Capitol Building

DISMISSED ON GOVERNMENT'S
MOTION

(9s)

40:5104(e)(2)(F); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Act of Physical
Violence in the Capitol Grounds or
Buildings

DISMISSED ON GOVERNMENT'S
MOTION

(10s)

40 U.S.C. 5104(e)(2)(D); FEDERAL
STATUTES, OTHER; Disorderly Conduct
in a Capitol Building

DISMISSED ON GOVERNMENT'S
MOTION

(11)

40:5104(e)(2)(G); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Parading,
Demonstrating, or Picketing in a Capitol
Building

DISMISSED ON GOVERNMENT'S
MOTION

(11s)

40 U.S.C. 5104(e)(2)(F); FEDERAL
STATUTES, OTHER; Act of Physical
Violence in a Capitol Building

DISMISSED ON GOVERNMENT'S
MOTION

(12)

40 U.S.C. 5104(e)(2)(G); FEDERAL
STATUTES, OTHER; Parading,
Demonstrating, or Picketing in a Capitol

DISMISSED ON GOVERNMENT'S
MOTION

Building
(13)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in VIOLATION of 18 U.S.C. § 1752 (a), 1752(b)(1)(A); 40 U.S.C. § 5104(e)(2), 5104(e)(2)(D) and (G); 18 U.S.C. § 231(a)(3); and 18 U.S.C. § 111(a), 111(b); 18 U.S.C. § 2(a) | |

---

**Movant**

| **PRESS COALITION** | represented by | **Charles D. Tobin**<br>BALLARD SPAHR LLP<br>1909 K Street, NW<br>12th Floor<br>Washington, DC 20006<br>202−661−2218<br>Fax: 202−661−2299<br>Email: tobinc@ballardspahr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
|---|---|---|
| | | **Lauren Russell**<br>BALLARD SPAHR LLP<br>1909 K Street, NW<br>12th Floor<br>Washington, DC 20006<br>202−661−2200<br>Fax: 202−661−2299<br>Email: russelll@ballardspahr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Maxwell S. Mishkin**<br>BALLARD SPAHR LLP |

1909 K Street, NW
12th Floor
Washington, DC 20006
(202) 508–1140
Fax: (202) 661–2299
Email: mishkinm@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Plaintiff**

**USA**                                            represented by   **Brittany Ann Keil**
UNITED STATES ATTORNEY'S
OFFICE
555 4th Street NW
Washington, DC 20530
202–252–7763
Email: brittany.keil@usdoj.gov
*TERMINATED: 07/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Danielle Sara Rosborough**
U.S. ATTORNEY'S OFFICE
Criminal Division, National Security
Section
555 4th Street, NW
Washington, DC 20001
(202) 305–2461
Email: danielle.rosborough@usdoj.gov
*TERMINATED: 02/24/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Douglas Burton Brasher**
DOJ–USAO
Northern District of Texas
1100 Commerce Street
Third Floor
Dallas, TX 75242
214–659–8604
Email: douglas.brasher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Luke Matthew Jones**
U.S. ATTORNEY'S OFFICE FOR THE

DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–7066
Fax: (202) 616–8470
Email: luke.jones@usdoj.gov
*TERMINATED: 05/27/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Sean Patrick McCauley**
USAO
601 D Street NW
Washington, DC 20001
202–252–1897
Email: sean.mccauley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Sarah Wilson Rocha**
DOJ–CRM
219 S. Dearborn Street
5th Floor
Chicago, IL 60604
202–330–1735
Email: sarah.wilsonrocha@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2021 | 1 | SEALED COMPLAINT as to RYAN TAYLOR NICHOLS (1). (Attachments: # 1 Affidavit in Support) (zltp) [1:21–mj–00102–ZMF] (Entered: 01/17/2021) |
| 01/17/2021 | 3 | MOTION to Seal Case by USA as to RYAN TAYLOR NICHOLS. (Attachments: # 1 Text of Proposed Order)(zltp) [1:21–mj–00102–ZMF] (Entered: 01/17/2021) |
| 01/17/2021 | 4 | ORDER granting 3 Motion to Seal Case as to RYAN TAYLOR NICHOLS (1). Signed by Magistrate Judge Zia M. Faruqui on 1/17/2021. (zltp) [1:21–mj–00102–ZMF] (Entered: 01/17/2021) |
| 01/18/2021 | | Case unsealed as to RYAN TAYLOR NICHOLS (bb) [1:21–mj–00102–ZMF] (Entered: 01/21/2021) |
| 01/18/2021 | | Arrest of RYAN TAYLOR NICHOLS in U.S. DISTRICT COURT OF THE EASTERN DISTRICT OF TEXAS. (zltp) [1:21–mj–00102–ZMF] (Entered: 02/16/2021) |
| 01/27/2021 | 8 | Rule 5(c)(3) Documents Received as to RYAN TAYLOR NICHOLS from U.S. DISTRICT COURT OF THE EASTERN DISTRICT OF TEXAS Case Number 6:21–mj–00029–KNM–1 (zltp) [1:21–mj–00102–ZMF] (Entered: 02/16/2021) |

| 02/05/2021 | 5 | MOTION for Leave to Appear Pro Hac Vice Buck Files Filing fee $ 100, receipt number ADCDC−8169819. Fee Status: Fee Paid. by RYAN TAYLOR NICHOLS. (Green, Jeffrey) [1:21−mj−00102−ZMF] (Entered: 02/05/2021) |
|---|---|---|
| 02/05/2021 | 6 | MOTION for Leave to Appear Pro Hac Vice Brett Harrison Filing fee $ 100, receipt number ADCDC−8169990. Fee Status: Fee Paid. by RYAN TAYLOR NICHOLS. (Green, Jeffrey) [1:21−mj−00102−ZMF] (Entered: 02/05/2021) |
| 02/09/2021 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1). Upon review of the Motions for Admission of Attorney Pro Hac Vice 5 , 6 , it is hereby ORDERED that the attorneys seeking admission pro hac vice file supplemental declarations clarifying whether "the attorney either has or has not been disciplined by any bar, and if the attorney has been disciplined by any bar, the circumstances and details of the discipline," as required by LCrR 44.1(d)(4). As currently drafted, the declarations attached to the Motions 5 , 6 , address only whether the respective attorney has been disciplined by the bars of which he is currently a member, rather than "by any bar." Signed by Magistrate Judge G. Michael Harvey on 2/9/2021. (zpt) [1:21−mj−00102−ZMF] (Entered: 02/09/2021) |
| 02/10/2021 | 7 | NOTICE OF ATTORNEY APPEARANCE Brittany Ann Keil appearing for USA. (Keil, Brittany) [1:21−mj−00102−ZMF] (Entered: 02/10/2021) |
| 02/12/2021 | 9 | INDICTMENT as to RYAN TAYLOR NICHOLS (1) count(s) 1, 2, 3, 5, 7, 9, 11, 12, 13, ALEX KIRK HARKRIDER (2) count(s) 1, 2, 4, 6, 8, 10, 11, 13. (zltp) (Entered: 02/16/2021) |
| 02/18/2021 | 11 | NOTICE *of Filing of Amended Declarations* 5 Motion to Appear Pro Hac Vice and 6 Motion to Appear Pro Hac Vice by RYAN TAYLOR NICHOLS (Green, Jeffrey) Modified on 2/22/2021 (bb). (Entered: 02/18/2021) |
| 03/10/2021 | | MINUTE ORDER: In light of the fact that Magistrate Case for defendant RYAN TAYLOR NICHOLS has closed and merged into Criminal Number 21−117, and an indictment has been filed, there are no additional matters necessitating action by a magistrate judge. If a hearing has not been scheduled before the assigned district judge, the parties are respectfully directed to contact the chambers of the assigned district judge to schedule a hearing. Signed by Magistrate Judge Zia M. Faruqui on 3/10/21. (ztl) (Entered: 03/10/2021) |
| 03/11/2021 | | MINUTE ORDER. Upon review of the Motions for Admission of Attorney Pro Hac Vice 5 , 6 , and the Notice of Filing of Amended Declarations 11 , it is hereby ORDERED that the Motions 5 , 6 are GRANTED. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a). Click for Instructions**. Signed by Magistrate Judge G. Michael Harvey on 3/11/2021. (zpt) (Entered: 03/12/2021) |
| 03/24/2021 | | NOTICE OF HEARING as to RYAN TAYLOR NICHOLS (1), ALEX KIRK HARKRIDER (2): Arraignment/Status set for 4/13/2021 at 10:30 AM via videoconference before Judge Ketanji Brown Jackson. (zgdf) (Entered: 03/24/2021) |
| 03/24/2021 | 14 | NOTICE OF ATTORNEY APPEARANCE: Fredrick Rimes Files, Jr appearing for RYAN TAYLOR NICHOLS (Files, Fredrick) (Entered: 03/24/2021) |
| 04/01/2021 | 15 | Unopposed MOTION to Continue by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (Attachments: # 1 Text of Proposed Order)(Keil, Brittany) (Entered: 04/01/2021) |

| 04/01/2021 | 16 | First MOTION to Revoke *Detention Order* by ALEX KIRK HARKRIDER as to ALEX KIRK HARKRIDER. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit)(West, Kira) Modified event title and filer on 4/2/2021 (znmw). (Entered: 04/01/2021) |
|---|---|---|
| 04/01/2021 | 19 | MOTION to Exclude Speedy Trial Time by USA as to RYAN TAYLOR NICHOLS. (See Docket Entry 15 to view document). (znmw) (Entered: 04/02/2021) |
| 04/01/2021 | 30 | ENTERED IN ERROR.....MOTION to Exclude Time Under the Speedy Trial Act by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (See Docket Entry 15 to Review Document). (zhsj) Modified on 4/21/2021 (zhsj). (Entered: 04/21/2021) |
| 04/01/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER re 30 MOTION to Exclude was entered in error. Docket Entry 19 is the correct docket entry. (zhsj) (Entered: 04/21/2021) |
| 04/02/2021 | 20 | NOTICE OF ATTORNEY APPEARANCE Danielle Sara Rosborough appearing for USA. (Rosborough, Danielle) (Entered: 04/02/2021) |
| 04/08/2021 | 25 | Unopposed MOTION for Protective Order by USA as to RYAN TAYLOR NICHOLS. (Attachments: # 1 Text of Proposed Order)(Keil, Brittany) (Entered: 04/08/2021) |
| 04/08/2021 | 26 | ORDER granting 25 Motion for Protective Order as to RYAN TAYLOR NICHOLS (1). Signed by Judge Ketanji Brown Jackson on 4/8/2021. (jag) (Entered: 04/08/2021) |
| 04/09/2021 | 28 | Case as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2) directly reassigned to Judge Thomas F. Hogan by consent. Judge Ketanji Brown Jackson is no longer assigned to the case. (ztnr) (Entered: 04/09/2021) |
| 04/12/2021 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1), ALEX KIRK HARKRIDER(2): It is hereby ORDERED that the Arraignment/Status currently set for 4/13/21 at 10:30 AM before Judge Jackson is VACATED. So Ordered by Judge Ketanji Brown Jackson on 4/9/21. (zgdf) (Entered: 04/12/2021) |
| 04/14/2021 | | Set/Reset Hearings as to RYAN TAYLOR NICHOLS(1), ALEX KIRK HARKRIDER(2): Arraignment reset for 4/26/2021 at 02:00 PM by VTC before Judge Thomas F. Hogan. (hs) (Entered: 04/14/2021) |
| 04/15/2021 | | Set/Reset Hearings as to RYAN TAYLOR NICHOLS(1), ALEX KIRK HARKRIDER(2): Arraignment reset for 4/26/2021 at 03:45 PM by VTC before Judge Thomas F. Hogan. (hs) (Entered: 04/15/2021) |
| 04/26/2021 | | Minute Entry for proceedings held before Judge Thomas F. Hogan: Status Conference as to RYAN TAYLOR NICHOLS(1) held on 4/26/2021. Status Conference set for 6/15/2021 at 11:00 AM by VTC before Judge Thomas F. Hogan. Bond Status of Defendant: Committed/Defendant present via video; Court Reporter: Lisa Edwards; Defense Attorney: Frederick Files/Jeffrey Green; US Attorney: Brittany Keil/Danielle Rosborough; (hs) (Entered: 04/27/2021) |
| 04/26/2021 | | Minute Entry for proceedings held before Judge Thomas F. Hogan: Arraignment as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2) held on 4/26/2021. A Not Guilty plea is entered by Ryan Taylor Nichols as to Counts |

| | | |
|---|---|---|
| | | 1,2,3,5,7,9,11,12 and 13. A Not Guilty plea is entered by ALEX KIRK HARKRIDER as to Counts 1,2,4,6,8,10,11 and 13. Bond Status of Defendants: Committed/Defendants present by video; Court Reporter: Lisa Edwards; Defense Attorney: Frederick Files/Jeffrey Green/Kira West; US Attorney: Brittany Keil/Danielle Rosborough; (hs) (Entered: 05/13/2021) |
| 05/04/2021 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS(1), ALEX KIRK HARKRIDER(2). As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Judge Thomas F. Hogan on 5/4/2021. (hs) (Entered: 05/04/2021) |
| 05/06/2021 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS(1),ALEX KIRK HARKRIDER(2). It is hereby ORDERED that the time period from April 26, 2021 through and including June 15, 2021 is excluded from the computation of time within which a trial must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendants in a speedy trial. Signed by Judge Thomas F. Hogan on 5/6/2021. (hs) (Entered: 05/06/2021) |
| 05/13/2021 | 36 | Unopposed MOTION for Disclosure *of Items Protected by FRCP 6(e)* by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (Attachments: # 1 Text of Proposed Order)(Keil, Brittany) (Entered: 05/13/2021) |
| 05/24/2021 | 37 | ORDER granting 36 Motion for Disclosure as to RYAN TAYLOR NICHOLS (1), ALEX KIRK HARKRIDER (2). Signed by Judge Thomas F. Hogan on 5/24/2021. (hs) (Entered: 05/24/2021) |
| 06/15/2021 | | Minute Entry for proceedings held before Judge Thomas F. Hogan: Status Conference as to RYAN TAYLOR NICHOLS(1), ALEX KIRK HARKRIDER(2) held on 6/15/2021. A joint oral request for a continuance; heard and granted. Speedy Trial Time Excluded 6/15/2021 – 8/4/2021(XT) in the interest of justice. Status Conference set for 8/4/2021 at 11:00 AM by VTC before Judge Thomas F. Hogan. Bond Status of Defendants: #1 Committed/Appeared by video/ #2 Personal Recognizance/Appeared by video; Court Reporter: Jeffrey Hook; Defense Attorney: Frederick Files/Jeffrey Green/Kira West; US Attorney: Brittany Keil/Danielle Rosborough; (hs) (Entered: 06/15/2021) |
| 08/04/2021 | 43 | NOTICE OF ATTORNEY APPEARANCE Luke Matthew Jones appearing for USA. (Jones, Luke) (Entered: 08/04/2021) |
| 08/04/2021 | | Minute Entry for proceedings held before Judge Thomas F. Hogan: Status Conference as to RYAN TAYLOR NICHOLS(1), ALEX KIRK HARKRIDER(2) held on 8/4/2021. A joint oral request for a continuance; heard and granted. Speedy Trial Time Excluded 8/4/2021 – 10/6/2021(XT). Defendant Ryan Nichols presence is waived. Status Conference set for 10/6/2021 at 02:00 PM by VTC before Judge Thomas F. Hogan. Bond Status of Defendants; #1 Committed/Presence Waived; #2 Personal Recognizance/Appeared via video; Court Reporter: Sara Wick; Defense Attorney: Frederick Files/Kira West; US Attorney: Danielle Roseborough/Luke Jones; (hs) (Entered: 08/04/2021) |
| 08/09/2021 | 44 | |

| | | TRANSCRIPT OF ARRAIGNMENT, STATUS CONFERENCE AND BOND REVIEW HEARING CONDUCTED VIA ZOOM in case as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER before Judge Thomas F. Hogan held on April 26, 2021; Page Numbers: 1–107. Date of Issuance: August 9, 2021. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 8/30/2021. Redacted Transcript Deadline set for 9/9/2021. Release of Transcript Restriction set for 11/7/2021.(Edwards, Lisa) (Entered: 08/09/2021) |
| 08/18/2021 | 45 | NOTICE OF ATTORNEY APPEARANCE: Joseph Daniel McBride appearing for RYAN TAYLOR NICHOLS (McBride, Joseph) (Entered: 08/18/2021) |
| 08/19/2021 | 46 | MOTION to Withdraw as Attorney by F. R. Files, Jr.. by RYAN TAYLOR NICHOLS. (Attachments: # 1 Text of Proposed Order)(Files, Fredrick) (Entered: 08/19/2021) |
| 08/19/2021 | 47 | MOTION to Withdraw as Attorney by J. Brett Harrison. by RYAN TAYLOR NICHOLS. (Attachments: # 1 Text of Proposed Order)(Harrison, Joe) (Entered: 08/19/2021) |
| 08/24/2021 | 49 | ORDER, granting 46 Motion to Withdraw as Attorney. Fredrick Rimes Files, Jr and Joe B. Harrison withdrawn from case, as to RYAN TAYLOR NICHOLS (1); granting 47 Motion to Withdraw as Attorney. Fredrick Rimes Files, Jr and Joe B. Harrison withdrawn from case, as to RYAN TAYLOR NICHOLS (1). Signed by Judge Thomas F. Hogan on 8/24/2021. (hs) (Entered: 08/24/2021) |
| 10/04/2021 | | Set/Reset Hearings as to RYAN TAYLOR NICHOLS(1), ALEX KIRK HARKRIDER(2): Status Conference reset for 11/1/2021 at 02:15 PM by VTC before Judge Thomas F. Hogan. (hs) (Entered: 10/04/2021) |
| 10/25/2021 | 52 | STATUS REPORT *Regarding Discovery as of October 21, 2021* by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER (Jones, Luke) (Entered: 10/25/2021) |
| 11/01/2021 | | Minute Entry for video proceedings held before Judge Thomas F. Hogan: Status Conference as to RYAN TAYLOR NICHOLS (1) held on 11/1/2021. Speedy Trial Excludable (XT) started 11/1/2021 until 12/20/2021, in the interest of justice. Defendant will be filing a motion for bond reconsideration. Response due by 11/29/2021. Reply due by 12/13/2021. Hybrid Motion Hearing set for 12/20/2021 at |

| | | |
|---|---|---|
| | | 2:00 PM in Courtroom 26A– In Person before Judge Thomas F. Hogan. Government and Defense Counsel will appear in person; Defendant will appear via Zoom. Bond Status of Defendant: remains committed/appeared via video; Court Reporter: Sara Wick; Defense Attorney: Joseph Daniel McBride; US Attorneys: Danielle Rosborough and Luke Jones. (zalh) (Entered: 11/01/2021) |
| 11/01/2021 | 55 | MOTION to Modify Conditions of Release by RYAN TAYLOR NICHOLS. (Attachments: # 1 Exhibit Exhibit List)(McBride, Joseph) (Entered: 11/01/2021) |
| 11/05/2021 | 56 | STATUS REPORT *Regarding Discovery as of November 5, 2021* by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER (Jones, Luke) (Entered: 11/05/2021) |
| 11/09/2021 | 57 | ENTERED IN ERROR.....MOTION to Modify Conditions of Release *Attaching Exhibits* by RYAN TAYLOR NICHOLS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit)(McBride, Joseph) Modified on 11/23/2021 (zhsj). (Entered: 11/09/2021) |
| 11/09/2021 | 58 | ENTERFED IN ERROR.....NOTICE *Notice of Vaccination* by RYAN TAYLOR NICHOLS (McBride, Joseph) Modified on 11/23/2021 (zhsj). (Entered: 11/09/2021) |
| 11/09/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: as to RYAN TAYLOR NICHOLSOTICE re 57 MOTION to Modify Conditions of Release *Attaching Exhibits,* 58 NOTICE of Vaccination was entered in error and counsel was instructed to refile said pleading. Incorrect Format Pursuant to Local Rules. (zhsj) Modified on 11/23/2021 (zhsj). (Entered: 11/23/2021) |
| 11/10/2021 | 59 | SUPERSEDING INDICTMENT as to RYAN TAYLOR NICHOLS (1) count(s) 1s, 2s, 3s, 5s, 7s, 9s, 10s, 11s, ALEX KIRK HARKRIDER (2) count(s) 1s, 2s, 4s, 6s, 8s, 9s, 11s. (zstd) (Entered: 11/11/2021) |
| 11/29/2021 | 61 | Memorandum in Opposition by USA as to RYAN TAYLOR NICHOLS re 55 MOTION to Modify Conditions of Release (Attachments: # 1 Exhibit 1 (Detention Hearing Transcript), # 2 Exhibit 19 (Order in U.S. v. Mattice))(Jones, Luke) (Entered: 11/29/2021) |
| 11/30/2021 | 62 | APPLICATION FOR ACCESS TO VIDEO EXHIBITS by PRESS COALITION as to RYAN TAYLOR NICHOLS. (zltp) (Entered: 12/01/2021) |
| 12/01/2021 | 63 | MOTION for Exculpatory Evidence *DEFENDANT RYAN NICHOLS MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO REMOVE SENSITIVITY DESIGNATIONS FROM CERTAIN VIDEOS PURSUANT TO PROTECTIVE ORDER* by RYAN TAYLOR NICHOLS. (Attachments: # 1 Exhibit Exhibit List, # 2 Defense Counsels Rule 16 Discovery Request, # 3 Department of Homeland Securitys Explanation of Doxxing)(McBride, Joseph) Modified text to remove unassociated defendant on 12/7/2021 (zltp). (Entered: 12/01/2021) |
| 12/01/2021 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1): Upon review of 55 Defendant Ryan Nichols' Motion for Modification of Bail to Place Defendant on Conditional Release Pending Trial and 57 the accompanying exhibits thereto, it has come to the Court's attention that the references to exhibit numbers in the 55 Motion |

| | | |
|---|---|---|
| | | do not correspond with the exhibits' numbering on the ECF docket. Accordingly, it is ORDERED that on or before December 8, 2021, Defendant Nichols shall refile his exhibits so that the numbers of the exhibits on the docket correspond directly to the exhibits as referenced in his Motion. It is further ORDERED that Defendant Nichols shall provide the Court and the government with copies of all exhibits referenced as "sensitive" or "highly sensitive" no later than December 8, 2021. Signed by Judge Thomas F. Hogan on 12/1/21. (zalh) (Entered: 12/01/2021) |
| 12/01/2021 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1): DIRECTING the parties to file, by close of business on December 10, 2021, any response to the Press Coalition's 62 Application for Access to Video Exhibits. Signed by Judge Thomas F. Hogan on 12/1/21. (zalh) (Entered: 12/01/2021) |
| 12/07/2021 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1): In preparation for the hearing on 55 Defendant Ryan Nichols' Motion for Modification of Bail to Place Defendant on Conditional Release Pending Trial, which is scheduled for December 20, 2021 at 10:00 AM in Courtroom 24A, it is hereby ORDERED that the parties shall file a joint notice by Monday, December 13, 2021, indicating the following: 1. a list of any witnesses who will testify; 2. a list of exhibits, clearly identified according to the same numbering scheme presented in each parties' respective briefing, including video exhibits, that each party intends to present at the hearing, identifying the specific portions of any video(s) to be played at the hearing; and 3. a statement of how much time each side is requesting for argument and presentation of evidence.The parties are directed to contact the Court's Courtroom Technology Administrator, John Cramer, at (202) 354–3019 with any questions about the procedures for use of electronic equipment in the courtroom. Anyone who enters the courthouse must comply with the mask requirements, and no one should attend in person if he or she has tested positive for the virus, is experiencing any COVID–19 symptoms, or has come in contact with an infected individual. SO ORDERED. Signed by Judge Thomas F. Hogan on 12/7/21. (zalh) (Entered: 12/07/2021) |
| 12/10/2021 | 64 | Consent MOTION for Extension of Time to File *By One Day the Parties' Deadline to File a Joint Notice Regarding Detention Hearing* by USA as to RYAN TAYLOR NICHOLS. (Jones, Luke) Modified text and event type used on 12/10/2021 (zltp). (Entered: 12/10/2021) |
| 12/10/2021 | 65 | RESPONSE by USA as to RYAN TAYLOR NICHOLS *Regarding 62 Press Coalition Application* (Jones, Luke) Modified to include linakage on 12/13/2021 (zltp). (Entered: 12/10/2021) |
| 12/13/2021 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1): By Minute Order dated December 1, 2021, this Court ordered counsel for Defendant Nichols to, by December 8, 2021: (1) refile the 57 exhibits accompanying 55 Defendant Ryan Nichols' Motion for Modification of Bail to Place Defendant on Conditional Release Pending Trial so that the numbers of the exhibits on the docket correspond directly to the exhibits as referenced in his Motion; and (2) provide the Court and the government with copies of all exhibits referenced as "sensitive" or "highly sensitive" in 55 Defendant Ryan Nichols' Motion for Modification of Bail to Place Defendant on Conditional Release Pending Trial. Counsel for Defendant Nichols has failed to comply with this Order and is hereby ORDERED to comply with this Court's December 1 Minute Order by close of business on December 14, 2021. Should counsel for Defendant Nichols fail to comply, this Court will continue the motion hearing currently set for December 20. Further, upon consideration of 64 Consent |

| | | |
|---|---|---|
| | | Motion to Continue By One Day the Parties' Deadline to File a Joint Notice Regarding Detention Hearing, it is hereby ORDERED that that Motion is GRANTED. The parties shall file the Joint Notice by close of business on December 15, 2021. Signed by Judge Thomas F. Hogan on 12/13/21. (zalh) (Entered: 12/13/2021) |
| 12/13/2021 | 67 | MOTION to Continue THE DEFENSE'S DEADLINE TO FILE REPLY IN SUPPORT OF BOND MOTION by RYAN TAYLOR NICHOLS. (McBride, Joseph) Modified text and event type on 12/13/2021 (zltp). (Entered: 12/13/2021) |
| 12/14/2021 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1): GRANTING 67 Motion to Continue The Defense's Deadline to File Reply in Support of Bond Motion. Counsel shall file his reply by close of business on December 15, 2021. If counsel does not file the reply by this deadline and comply with the deadlines set in the Court's Minute Order dated December 13, the Court will continue the motion hearing currently set for December 20 to a time convenient to the Court and the parties in January 2022. Signed by Judge Thomas F. Hogan on 12/14/21. (zalh) (Entered: 12/14/2021) |
| 12/14/2021 | 68 | ENTERED IN ERROR.....Amended MOTION to Modify Conditions of Release by RYAN TAYLOR NICHOLS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit)(McBride, Joseph) Modified on 12/17/2021 (zltp). (Entered: 12/15/2021) |
| 12/14/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: as to RYAN TAYLOR NICHOLS re 68 Amended MOTION to Modify Conditions of Release was entered in error and counsel is instructed to refile said pleading as a supplement to ECF #55 motion to modify conditions of release or re–file an amended motion to modify conditions of release with exhibit list and exhibits attached. (zltp) (Entered: 12/17/2021) |
| 12/15/2021 | 70 | RESPONSE by USA as to RYAN TAYLOR NICHOLS re 63 MOTION for Exculpatory Evidence *DEFENDANT RYAN NICHOLS MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO REMOVE SENSITIVITY DESIGNATIONS FROM CERTAIN VIDEOS PURSUANT TO PROTECTIVE ORDER* (Jones, Luke) (Entered: 12/15/2021) |
| 12/15/2021 | 71 | REPLY TO OPPOSITION to Motion by RYAN TAYLOR NICHOLS re 55 MOTION to Modify Conditions of Release (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5)(McBride, Joseph) (Entered: 12/15/2021) |
| 12/15/2021 | 72 | RESPONSE TO ORDER OF THE COURT by USA as to RYAN TAYLOR NICHOLS re Order on Motion for Extension of Time to File,,,,,, Set/Reset Deadlines,,,,, (Rosborough, Danielle) (Entered: 12/15/2021) |
| 12/16/2021 | | Set/Reset Hearings as to RYAN TAYLOR NICHOLS (1): Telephone Conference set for 12/17/2021 at 10:00 AM via telephone before Judge Thomas F. Hogan. (zalh) (Entered: 12/16/2021) |
| 12/17/2021 | | Minute Entry for telephonic proceedings held before Judge Thomas F. Hogan: Telephone Conference as to RYAN TAYLOR NICHOLS (1) held on 12/17/2021. Arraignment/Motion Hearing reset for 12/20/2021 at 1:30 PM in Courtroom 24A– In Person before Judge Thomas F. Hogan. Defendant not present. Court Reporter: |

| | | |
|---|---|---|
| | | Janice Dickman; Defense Attorney: Joseph Daniel McBride; US Attorneys: Danielle Sara Rosborough and Luke Matthew Jones. (zalh) (Entered: 12/17/2021) |
| 12/20/2021 | | Minute Entry for hybrid proceedings held before Judge Thomas F. Hogan: Arraignment as to RYAN TAYLOR NICHOLS (1) on Counts 1s, 2s, 3s, 5s, 7s, 9s, 10s, and 11s and as to ALEX KIRK HARKRIDER (2) on Counts 1s, 2s, 4s, 6s, 8s, 9s, and 11s held on 12/20/2021. Plea of NOT GUILTY entered as to RYAN TAYLOR NICHOLS (1) on Counts 1s, 2s, 3s, 5s, 7s, 9s, 10s, and 11s. Plea of NOT GUILTY entered as to ALEX KIRK HARKRIDER (2) on Counts 1s, 2s, 4s, 6s, 8s, 9s, and 11s. Oral order granting 69 Motion to Modify Conditions of Release as to ALEX KIRK HARKRIDER (2). Conditions of release modified to allow ALEX KIRK HARKRIDER (2) to volunteer for two weeks in Kentucky due to the devastation caused by tornadoes. Defense oral motion to allow ALEX KIRK HARKRIDER (2) permission to travel to Dallas, Texas to meet with counsel on 1/1/2022; heard and granted. ALEX KIRK HARKRIDER (2) must inform his Pretrial Services Officer of his arrivals and departures. All other conditions of release remain in effect. Bond Status of Defendant: (1) remains committed/Commitment issued and (2) remains on Personal Recognizance/appeared via video; Court Reporter: Janice Dickman; Defense Attorney: 1 – Joseph Daniel McBride and 2 – Kira Anne West appeared via video; US Attorneys: Danielle Sara Rosborough and Luke Matthew Jones; Pretrial Officer: Andre Sidbury via telephone. (zalh) (Entered: 12/21/2021) |
| 12/20/2021 | | Minute Entry for proceedings held before Judge Thomas F. Hogan: Motion Hearing as to RYAN TAYLOR NICHOLS (1) held on 12/20/2021 re 55 MOTION to Modify Conditions of Release. Oral argument heard. Oral order denying 55 MOTION to Modify Conditions of Release. Written opinion forthcoming via chambers. Oral ruling GRANTING 62 APPLICATION FOR ACCESS TO VIDEO EXHIBITS, for the reasons stated on the record and DENYING AS MOOT 63 MOTION for Exculpatory Evidence *DEFENDANT RYAN NICHOLS MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO REMOVE SENSITIVITY DESIGNATIONS FROM CERTAIN VIDEOS PURSUANT TO PROTECTIVE ORDER*, for the reasons stated on the record. Order forthcoming via chambers. Bond Status of Defendant: remains committed/Commitment issued; Court Reporter: Janice Dickman; Defense Attorney: Joseph Daniel McBride; US Attorneys: Danielle Sara Rosborough and Luke Matthew Jones; Pretrial Officer: Andre Sidbury via telephone. (zalh) (Entered: 12/21/2021) |
| 12/20/2021 | 74 | EXHIBIT LIST by USA as to RYAN TAYLOR NICHOLS (1). (zalh) (Entered: 12/21/2021) |
| 12/21/2021 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1): For the reasons stated on the record during the December 20, 2021 hearing, it is hereby ORDERED that: the Press Coalition's 62 Application for Access to Video Exhibits is GRANTED and Defendant Nichols' 63 Motion to Remove Sensitivity Designations From Certain Videos Pursuant to Protective Order is hereby DENIED AS MOOT. It is further ORDERED that the government is DIRECTED, after consultation with and consent of the parties, to promptly to make the videos at issue in Nichols' 63 Motion to Remove Sensitivity Designations, and the Press Coalition's 62 Application for Access publicly available without restrictions by providing access using the "drop box" technical solution described in Standing Order 21–28, In re: Media Access to Video Exhibits in Pretrial Capitol Cases. SO ORDERED by Judge Thomas F. Hogan on 12/21/21. (zalh) (Entered: 12/21/2021) |

| 12/23/2021 | 75 | MEMORANDUM OPINION & ORDER as to RYAN TAYLOR NICHOLS (1): DENYING 55 Motion to Modify Conditions of Release. See attached Opinion & Order for details. Signed by Judge Thomas F. Hogan on December 23, 2021. (RLG) (Entered: 12/23/21). (Entered: 12/23/2021) |
|---|---|---|
| 12/30/2021 | | Set/Reset Hearings as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2): Status Conference set for 1/21/2022 at 2:00 PM via Zoom before Judge Thomas F. Hogan. (zalh) (Entered: 12/30/2021) |
| 01/10/2022 | 77 | Second MOTION to Access *Video Exhibits* by PRESS COALITION as to RYAN TAYLOR NICHOLS. (Tobin, Charles) (Entered: 01/10/2022) |
| 01/11/2022 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1): DIRECTING the parties to file, by close of business on January 21, 2022, any response to the Press Coalition's 77 Second Application for Access to Video Exhibits. Signed by Judge Thomas F. Hogan on 1/11/2022. (zalh) (Entered: 01/11/2022) |
| 01/21/2022 | | Minute Entry for VTC proceedings held before Judge Thomas F. Hogan: Status Conference as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2) held on 1/21/2022. Oral ruling GRANTING 77 Second Motion to Access *Video Exhibits* . Speedy Trial Time Excludable (XT) started 1/21/2022 until 3/24/2022, in the interest of justice. Status Conference set for 3/24/2022 at 11:30 AM via Zoom before Judge Thomas F. Hogan. Scheduling order forthcoming via Chambers. Motions due by 4/25/2022. Responses due by 5/9/2022. Replies due by 5/19/2022. Joint Pretrial Statement due by 6/29/2022. Jury Trial set for 7/25/2022 at 9:30 AM in a courtroom that will be determined at a later date before Judge Thomas F. Hogan. Bond Status of Defendants: (1) remains Committed/present via telephone, (2) remains on Personal Recognizance/appeared via video; Court Reporter: Lisa Griffith; Defense Attorneys: 1 – Joseph Daniel McBride and 2 – Kira Anne West; US Attorneys: Danielle Sara Rosborough and Luke Matthew Jones. (zalh) (Entered: 01/21/2022) |
| 01/27/2022 | 78 | PRE–TRIAL ORDER as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2): Status Conference set for 3/24/2022 at 11:30 AM via Zoom before Judge Thomas F. Hogan. Motions due by 4/25/2022. Responses due by 5/9/2022. Replies due by 5/19/2022. Motion Hearing set for 6/2/2022 and 6/3/2022 at 10:00 AM via Zoom before Judge Thomas F. Hogan. Joint Pretrial Statement due by 6/29/2022. Proposed Voir Dire due by 6/29/2022. Proposed Jury Instructions due by 6/29/2022. Witness List due by 6/29/2022. Exhibit List due by 6/29/2022. Proposed verdict form due by 6/29/2022. Initial Pretrial Conference set for 7/8/2022 at 10:00 AM in Courtroom 26A– In Person before Judge Thomas F. Hogan. Final Pretrial Conference set for 7/19/2022 at 10:00 AM in Courtroom 26A– In Person before Judge Thomas F. Hogan. Jury Trial set for 7/25/2022 at 9:30 AM in a courtroom that will be determined at a later date before Judge Thomas F. Hogan. See attached Order for details. Signed by Judge Thomas F. Hogan on 1/27/2022. (zalh) (Entered: 01/27/2022) |
| 02/10/2022 | 80 | STATUS REPORT *Regarding Discovery as of February 9, 2022* by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER (Jones, Luke) (Entered: 02/10/2022) |
| 02/24/2022 | 81 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER (Rosborough, Danielle) (Entered: 02/24/2022) |

| 03/14/2022 | | NOTICE OF CORRECTED DOCKET ENTRY: as to RYAN TAYLOR NICHOLS, ALEX KIRK HARRKRIDER re 82 Unopposed MOTION to Modify Conditions of Release was entered in error due to incorrect defendant named in motion and counsel is instructed to refile said pleading or file motion in correct case. (zltp) (Entered: 03/15/2022) |
|---|---|---|
| 03/22/2022 | 85 | NOTICE OF ATTORNEY APPEARANCE Douglas Burton Brasher appearing for USA. (Brasher, Douglas) (Entered: 03/22/2022) |
| 03/24/2022 | | Minute Entry for video proceedings held before Judge Thomas F. Hogan: Status Conference as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARRKRIDER (2) held on 3/24/2022. Defense (1) oral request for a 60 day continuance of the trial date; heard and granted. Speedy Trial Excludable (XT) started 3/24/2022 until status conference date set, in the interest of justice. Scheduling order forthcoming via Chambers. Jury Trial set for 11/1/2022 at 9:30 AM in a courtroom that will be determined at a later date before Judge Thomas F. Hogan. Bond Status of Defendants: (1) remains Committed/appeared via video, (2) remains on Personal Recognizance/appeared via video; Court Reporter: Nancy Meyer; Defense Attorneys: 1 – Joseph Daniel McBride and 2 – Kira Anne West; US Attorneys: Luke Matthew Jones and Douglas Burton Brasher. (zalh) (Entered: 03/24/2022) |
| 03/25/2022 | 86 | SECOND PRE–TRIAL ORDER as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARRKRIDER (2): Motions due by 7/18/2022. Responses due by 8/1/2022. Replies due by 8/10/2022. Motion Hearing set for 8/25/2022 and 8/26/2022 at 10:00 AM via Zoom before Judge Thomas F. Hogan. Joint Pretrial Statement due by 10/17/2022. Proposed Voir Dire due by 10/17/2022. Proposed Jury Instructions due by 10/17/2022. Witness List due by 10/17/2022. Exhibit List due by 10/17/2022. Proposed verdict form due by 10/17/2022. Initial Pretrial Conference set for 10/19/2022 at 10:00 AM in Courtroom 26A– In Person before Judge Thomas F. Hogan. Final Pretrial Conference set for 10/24/2022 at 10:00 AM in Courtroom 26A– In Person before Judge Thomas F. Hogan. Jury Trial set for 11/1/2022 at 9:30 AM in a courtroom that will be determined at a later date before Judge Thomas F. Hogan. In light of the Second Pretrial Order, the 79 Motion to Reset Pretrial Motions Date in the 78 Pretrial Order is hereby DENIED AS MOOT. Signed by Judge Thomas F. Hogan on 3/25/2022. (zalh) (Entered: 03/25/2022) |
| 03/28/2022 | | NOTICE OF HEARING as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARRKRIDER (2): Status Conference set for 6/3/2022 at 11:00 AM via Zoom before Judge Thomas F. Hogan. (zalh) (Entered: 03/28/2022) |
| 05/27/2022 | 89 | Unopposed MOTION to Continue *Status Conference* by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARRKRIDER. (Brasher, Douglas) (Entered: 05/27/2022) |
| 05/27/2022 | 90 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARRKRIDER (Jones, Luke) (Entered: 05/27/2022) |
| 06/01/2022 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARRKRIDER (2): granting 89 Unopposed Motion to Continue *Status Conference*. Speedy Trial Time Excluded (XT) from 6/3/2022 until 6/10/2022, in the interest of justice. Status Conference reset for 6/10/2022 at 11:00 AM via Zoom before Judge Thomas F. Hogan. Signed by Judge Thomas F. Hogan on 6/1/2022. (zalh) (Entered: 06/01/2022) |
| 06/10/2022 | | Minute Entry for video proceedings held before Judge Thomas F. Hogan: Status Conference as to RYAN TAYLOR NICHOLS (1) held on 6/10/2022. Speedy Trial |

| | | |
|---|---|---|
| | | Excludable (XT) started 6/10/2022 until 7/21/2022, in the interest of justice. Status Conference set for 7/21/2022 at 2:00 PM via Zoom before Judge Thomas F. Hogan. Bond Status of Defendant: remains Committed/appeared via video; Court Reporter: Lisa Moreira; Defense Attorney: Joseph Daniel McBride; US Attorney: Douglas Burton Brasher. (zalh) (Entered: 06/10/2022) |
| 07/18/2022 | 94 | MOTION to Dismiss Count *six and eight* by ALEX KIRK HARKRIDER. (Attachments: # 1 Text of Proposed Order)(West, Kira) (Entered: 07/18/2022) |
| 07/18/2022 | 96 | MOTION to Compel *inspection of areas of Capitol* by ALEX KIRK HARKRIDER. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Text of Proposed Order)(West, Kira) (Entered: 07/18/2022) |
| 07/18/2022 | 100 | MOTION in Limine *to Preclude Claim of Self–Defense* by USA as to RYAN TAYLOR NICHOLS. (Attachments: # 1 Text of Proposed Order)(Brasher, Douglas) (Entered: 07/18/2022) |
| 07/18/2022 | 101 | MOTION in Limine *to Exclude Improper Character Evidence* by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (Attachments: # 1 Text of Proposed Order)(Brasher, Douglas) (Entered: 07/18/2022) |
| 07/18/2022 | 102 | MOTION in Limine *Restricting Cross–Examination of U.S. Secret Service Witnesses* by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (Attachments: # 1 Text of Proposed Order)(Brasher, Douglas) (Entered: 07/18/2022) |
| 07/18/2022 | 103 | MOTION in Limine *to Preclude Arguments and Evidence about Alleged Law Enforcement Inaction* by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (Attachments: # 1 Text of Proposed Order)(Brasher, Douglas) (Entered: 07/18/2022) |
| 07/18/2022 | 104 | MOTION in Limine *Regarding Location of U.S. Capitol Police Surveillance Cameras* by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Brasher, Douglas) (Entered: 07/18/2022) |
| 07/19/2022 | 105 | MOTION for Extension of Time to File *Pretrial Motions* by RYAN TAYLOR NICHOLS. (McBride, Joseph) (Entered: 07/19/2022) |
| 07/19/2022 | 110 | ENTERED IN ERROR.....MOTION to Continuance of Status Conference by RYAN TAYLOR NICHOLS. (See docket entry 105 to view document.)(zltp) Modified on 7/21/2022 (zltp). (Entered: 07/21/2022) |
| 07/20/2022 | 106 | NOTICE *of Government's Position* by USA as to RYAN TAYLOR NICHOLS re 105 MOTION for Extension of Time to File *Pretrial Motions* (Brasher, Douglas) (Entered: 07/20/2022) |
| 07/21/2022 | 108 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER (Keil, Brittany) (Entered: 07/21/2022) |
| 07/21/2022 | | Minute Entry for video proceedings held before Judge Thomas F. Hogan: Status Conference as to RYAN TAYLOR NICHOLS (1) held on 7/21/2022. Oral argument heard. Oral ruling granting Defendant's 105 Motion for Extension of Time to File *Pretrial Motions* for the reasons stated on the record. Defendant's oral request for a continuance of the trial date; heard and denied for the reasons on the record. Motions due by 8/11/2022. Responses due by 8/25/2022. Order forthcoming. Motion Hearing set for 9/8/2022 at 10:00 AM in Courtroom 26A– In Person before Judge Thomas F. |

| | | |
|---|---|---|
| | | Hogan. Bond Status of Defendant: remains Committed/appeared via video; Court Reporter: Bryan Wayne Defense; Attorney: Joseph Daniel McBride; US Attorney: Douglas Burton Brasher. (zalh) (Entered: 07/22/2022) |
| 07/26/2022 | 111 | TRANSCRIPT OF STATUS HEARING in case as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER before Judge Thomas F. Hogan held on June 10, 2022; Page Numbers: 1–36. Date of Issuance:July 26, 2022. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354–3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/16/2022. Redacted Transcript Deadline set for 8/26/2022. Release of Transcript Restriction set for 10/24/2022.(Moreira, Lisa) (Entered: 07/26/2022) |
| 07/26/2022 | 112 | THIRD PRE–TRIAL ORDER as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2): Motion Hearing set for 8/25/2022 at 10:00 AM in Courtroom 26A– In Person before Judge Thomas F. Hogan as to ALEX KIRK HARKRIDER (2) only. Motion Hearing set for 9/8/2022 at 10:00 AM in Courtroom 26A– In Person before Judge Thomas F. Hogan. Initial Pretrial Conference set for 10/19/2022 at 10:00 AM in Courtroom 26A– In Person before Judge Thomas F. Hogan. Final Pretrial Conference set for 10/24/2022 at 10:00 AM in Courtroom 26A– In Person before Judge Thomas F. Hogan. Jury Trial set for 11/1/2022 at 9:30 AM in a courtroom that will be determined at a later date before Judge Thomas F. Hogan. See Order for details. Signed by Judge Thomas F. Hogan on 7/26/2022. (zalh) (Entered: 07/26/2022) |
| 07/26/2022 | | Set/Reset Deadlines as to RYAN TAYLOR NICHOLS (1): Defendant's Replies due by 9/1/2022. (zalh) (Entered: 07/26/2022) |
| 07/26/2022 | 113 | TRANSCRIPT OF 7/21/22 STATUS HEARING in case as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER, before Judge Thomas F. Hogan held on July 21, 2022; Page Numbers: 1–25. Date of Issuance: 7/26/2022. Court Reporter: Bryan A. Wayne, (202) 354–3186. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased fr om the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/16/2022. Redacted Transcript Deadline set for 8/26/2022. Release of Transcript Restriction set for 10/24/2022.(Wayne, Bryan) (Entered: 07/26/2022) |
| 07/28/2022 | 114 | TRANSCRIPT OF STATUS CONFERENCE (via Zoom) in the case as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER before Judge Thomas F. Hogan held on 03/24/2022. Page Numbers: 1−24 Date of Issuance: 07/25/2022. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202−354−3118. Transcripts may be ordered by going to www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/18/2022. Redacted Transcript Deadline set for 8/28/2022. Release of Transcript Restriction set for 10/26/2022.(Meyer, Nancy) (Entered: 07/28/2022) |
| 08/01/2022 | 119 | NOTICE OF ATTORNEY APPEARANCE Sarah Wilson Rocha appearing for USA. (Rocha, Sarah) (Entered: 08/01/2022) |
| 08/10/2022 | 129 | MOTION to Continue by RYAN TAYLOR NICHOLS. (McBride, Joseph) (Entered: 08/10/2022) |
| 08/11/2022 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1): granting 130 Sealed Motion for Leave to File Document Under Seal. (This document is SEALED and only available to authorized persons.) Signed by Judge Thomas F. Hogan on 8/11/2022. (zalh) (Entered: 08/11/2022) |
| 08/12/2022 | 131 | MOTION to Suppress *Video Evidence* by RYAN TAYLOR NICHOLS as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (McBride, Joseph) (Entered: 08/12/2022) |
| 08/12/2022 | 132 | MOTION for Joinder *Adopt and Dismiss Counts 5 and 7* by RYAN TAYLOR NICHOLS as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (McBride, Joseph) (Entered: 08/12/2022) |
| 08/12/2022 | 133 | MOTION to Compel *Discovery* by RYAN TAYLOR NICHOLS as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (McBride, Joseph) (Entered: 08/12/2022) |

| 08/12/2022 | 134 | MOTION for Joinder *Adopt and Supplement ECF 117 Response to Gov Motion in Limine to Preclude Self–Defense* by RYAN TAYLOR NICHOLS as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (McBride, Joseph) (Entered: 08/12/2022) |
|---|---|---|
| 08/12/2022 | 135 | MOTION to Join, Adopt and Supplement Defendant's 92 Change of Venue Motion by RYAN TAYLOR NICHOLS as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (McBride, Joseph) Modified event type and text on 8/16/2022 (zltp). (Entered: 08/12/2022) |
| 08/12/2022 | 136 | MOTION in Limine *TO PRECLUDE USE OF CERTAIN LANGUAGE, TERMS AND FALSE ASSOCIATIONS* by RYAN TAYLOR NICHOLS as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (McBride, Joseph) (Entered: 08/12/2022) |
| 08/12/2022 | 137 | MOTION for Joinder *AND ADOPT CO–DEFENDANT ECF 96 MOTION TO* by RYAN TAYLOR NICHOLS as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (McBride, Joseph) (Entered: 08/12/2022) |
| 08/12/2022 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1): The Government shall file its response to Defendant Nichols' 129 Motion to Continue Trial on or before August 17, 2022. Signed by Judge Thomas F. Hogan on 8/12/2022. (zalh) (Entered: 08/12/2022) |
| 08/12/2022 | 138 | MOTION to Dismiss Count *Count 2, Section 1512(c)* by RYAN TAYLOR NICHOLS as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER. (McBride, Joseph) (Entered: 08/12/2022) |
| 08/12/2022 | 139 | NOTICE *OF HABEAS CORPUS PETITION* by RYAN TAYLOR NICHOLS as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER (Attachments: # 1 Supplement Courtesy Copy of Defendant's Habeas Petition in the matter of NICHOLS v. GARLAND et al, Case No. 1:22–cv–02356)(McBride, Joseph) (Entered: 08/12/2022) |
| 08/16/2022 | 142 | RESPONSE by USA as to RYAN TAYLOR NICHOLS re 129 MOTION to Continue (Brasher, Douglas) (Entered: 08/16/2022) |
| 08/17/2022 | | NOTICE OF HEARING as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2): Status Conference set for 8/23/2022 at 11:00 AM via Zoom before Judge Thomas F. Hogan. (zalh) (Entered: 08/17/2022) |
| 08/23/2022 | | Minute Entry for video proceedings held before Judge Thomas F. Hogan: Status Conference as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2) held on 8/23/2022. Defendant Harkrider's appearance is waived by counsel. Oral argument heard. Oral ruling granting 129 Motion to Continue for the reasons stated on the record. Jury Trial currently scheduled to commence on 11/1/2022 at 9:30 AM before Judge Hogan is hereby VACATED, and will be rescheduled by the court at a later date. Speedy Trial Excludable (XT) started as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2) from 8/23/2022 until 9/8/2022, in the interest of justice. Motion Hearing as to defendant ALEX KIRK HARKRIDER (2) set for 8/25/2022 at 10:30 AM via Zoom before Judge Thomas F. Hogan. Bond Status of Defendants: (1) remains Committed/appeared via video, and (2) Defendant's appearance waived by counsel; Court Reporter: Lorraine Herman; Defense Attorneys: (1) Joseph Daniel McBride and (2) Kira Anne West; US Attorneys: Douglas Burton Brasher and Sarah Wilson Rocha. (zalh) (Entered: 08/24/2022) |

| 08/24/2022 | | Terminate Hearings as to RYAN TAYLOR NICHOLS (1) ALEX KIRK HARKRIDER (2): Initial Pretrial Conference set for 10/19/2022 at 10:00 AM in Courtroom 26A– In Person before Judge Thomas F. Hogan is hereby VACATED. Final Pretrial Conference set for 10/24/2022 at 10:00 AM in Courtroom 26A– In Person before Judge Thomas F. Hogan is hereby VACATED. (zalh) (Entered: 08/24/2022) |
|---|---|---|
| 08/25/2022 | 148 | RESPONSE by USA as to RYAN TAYLOR NICHOLS re 135 MOTION for Leave to Join, 132 MOTION for Joinder *Adopt and Dismiss Counts 5 and 7*, 136 MOTION in Limine *TO PRECLUDE USE OF CERTAIN LANGUAGE, TERMS AND FALSE ASSOCIATIONS* , 138 MOTION to Dismiss Count *Count 2, Section 1512(c)*, 137 MOTION for Joinder *AND ADOPT CO–DEFENDANT ECF 96 MOTION TO*, 134 MOTION for Joinder *Adopt and Supplement ECF 117 Response to Gov Motion in Limine to Preclude Self–Defense*, 131 MOTION to Suppress *Video Evidence* (Rocha, Sarah) (Entered: 08/25/2022) |
| 08/25/2022 | 149 | RESPONSE by USA as to RYAN TAYLOR NICHOLS re 133 MOTION to Compel *Discovery* (Brasher, Douglas) (Entered: 08/25/2022) |
| 08/30/2022 | 150 | Emergency MOTION Immediate pretrial release and request for emergency hearing by RYAN TAYLOR NICHOLS. (Attachments: # 1 Exhibit emails documenting raid on Defendant's cell, # 2 Exhibit Petitioner for writ of habeas corpus, # 3 Text of Proposed Order Proposed release order)(McBride, Joseph) Modified event type on 9/1/2022 (zltp). (Entered: 08/30/2022) |
| 08/30/2022 | 151 | MOTION for Emergency Hearing by RYAN TAYLOR NICHOLS. (See docket entry 150 to view document.)(zltp) (Entered: 09/01/2022) |
| 09/08/2022 | 155 | MOTION to Dismiss Case by RYAN TAYLOR NICHOLS. (McBride, Joseph) (Entered: 09/08/2022) |
| 09/08/2022 | 156 | SUPPLEMENT by RYAN TAYLOR NICHOLS re 150 MOTION for Release from Custody (McBride, Joseph) (Entered: 09/08/2022) |
| 09/08/2022 | 157 | SUPPLEMENT by RYAN TAYLOR NICHOLS as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER re 135 MOTION for Leave to Join, 92 MOTION to Change Venue (McBride, Joseph) (Entered: 09/08/2022) |
| 09/08/2022 | | Minute Entry for proceedings held before Judge Thomas F. Hogan: Status Conference as to RYAN TAYLOR NICHOLS (1) held on 9/8/2022. Case called for a Motion Hearing but not held. The Court will allow the Government to respond to the Defendant's Emergency Motion(s) and will schedule a Motion Hearing at a later date. Bond Status of Defendant: remains Committed/Commitment Issued; Court Reporter: Sara Wick; Defense Attorney: Joseph Daniel McBride; US Attorneys: Douglas Burton Brasher and Sarah Wilson Rocha; (zalh) (Entered: 09/12/2022) |
| 09/12/2022 | 159 | NOTICE OF ATTORNEY APPEARANCE: Jonathan Gross appearing for RYAN TAYLOR NICHOLS (Gross, Jonathan) (Entered: 09/12/2022) |
| 09/13/2022 | 160 | NOTICE *of Order* by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER re 122 Response to motion, 148 Response to motion,, 137 MOTION for Joinder *AND ADOPT CO–DEFENDANT ECF 96 MOTION TO*, 96 MOTION to Compel *inspection of areas of Capitol* (Attachments: # 1 Exhibit 1)(Brasher, Douglas) (Entered: 09/13/2022) |
| 09/15/2022 | 161 | |

| | | |
|---|---|---|
| | | RESPONSE by USA as to RYAN TAYLOR NICHOLS re 150 MOTION for Release from Custody (Brasher, Douglas) (Entered: 09/15/2022) |
| 09/19/2022 | 162 | REPLY in Support by ALEX KIRK HARKRIDER as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER re 115 MOTION to Suppress *statement and evidence summary* (West, Kira) (Entered: 09/19/2022) |
| 09/20/2022 | | NOTICE OF HEARING as to RYAN TAYLOR NICHOLS (1): Status Conference set for 9/21/2022 at 1:30 PM via Zoom before Judge Thomas F. Hogan. (zalh) (Entered: 09/20/2022) |
| 09/21/2022 | 165 | RESPONSE by USA as to RYAN TAYLOR NICHOLS re 155 MOTION to Dismiss Case (Brasher, Douglas) (Entered: 09/21/2022) |
| 09/21/2022 | | Minute Entry for video proceedings held before Judge Thomas F. Hogan: Status Conference as to RYAN TAYLOR NICHOLS (1) held on 9/21/2022. Defendant's oral motion for an extension of the reply due date; heard and granted. Defendant's Reply due by 9/30/2022. Speedy Trial Excludable (XT) started 9/21/2022 until 10/7/2022, in the interest of justice. Motion Hearing set for 10/7/2022 at 11:00 AM in a courtroom that will be determined at a later date before Judge Thomas F. Hogan. Bond Status of Defendant: remains Committed/appeared via video; Court Reporter: Nancy Meyer; Defense Attorney: Joseph Daniel McBride; US Attorneys: Douglas Burton Brasher and Sarah Wilson Rocha. (zalh) (Entered: 09/21/2022) |
| 09/22/2022 | | NOTICE OF COURTROOM CHANGE in case as to RYAN TAYLOR NICHOLS (1): Motion Hearing set for 10/7/2022 at 11:00 AM in Courtroom 24A– In Person before Judge Thomas F. Hogan. (zalh) (Entered: 09/22/2022) |
| 09/28/2022 | 167 | REPLY TO OPPOSITION to Motion by RYAN TAYLOR NICHOLS re 155 MOTION to Dismiss Case (Gross, Jonathan) (Entered: 09/28/2022) |
| 09/30/2022 | 168 | REPLY TO OPPOSITION to Motion by RYAN TAYLOR NICHOLS re 150 MOTION for Release from Custody (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit)(Gross, Jonathan) (Entered: 09/30/2022) |
| 10/06/2022 | | NOTICE OF HEARING as to RYAN TAYLOR NICHOLS (1): Motion Hearing reset to 10:00 AM on 10/7/2022 in Courtroom 24A– In Person before Judge Thomas F. Hogan. (zalh) (Entered: 10/06/2022) |
| 10/06/2022 | 169 | SUPPLEMENT by USA as to RYAN TAYLOR NICHOLS re 161 Response to motion *for pretrial release* (Attachments: # 1 Exhibit 1)(Brasher, Douglas) (Entered: 10/06/2022) |
| 10/07/2022 | | Minute Entry for proceedings held before Judge Thomas F. Hogan: Status Conference as to RYAN TAYLOR NICHOLS (1) held on 10/7/2022. Case called for a Motion Hearing but not held. Defense oral request for a continuance; heard and granted. The Court directs the parties to coordinate a new Motion Hearing date with the Courtroom Deputy. Bond Status of Defendant: remains Committed/Commitment Issued; Court Reporter: Lisa Edwards; Defense Attorneys: Joseph Daniel McBride and Jonathan Gross; US Attorneys: Douglas Burton Brasher and Sarah Wilson Rocha. (zalh) (Entered: 10/07/2022) |

| 10/07/2022 | | Set/Reset Deadlines/Hearings as to RYAN TAYLOR NICHOLS (1): Supplements due by 10/21/2022. Motion Hearing set for 10/25/2022 at 11:00 AM in Courtroom 24A– In Person before Judge Thomas F. Hogan. (zalh) (Entered: 10/07/2022) |
|---|---|---|
| 10/12/2022 | 170 | TRANSCRIPT OF STATUS CONFERENCE in case as to RYAN TAYLOR NICHOLS before Judge Thomas F. Hogan held on October 7, 2022; Page Numbers: 1–21. Date of Issuance: October 12, 2022. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purc hased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 11/2/2022. Redacted Transcript Deadline set for 11/12/2022. Release of Transcript Restriction set for 1/10/2023.(zlfe) (Entered: 10/12/2022) |
| 10/18/2022 | 171 | TRANSCRIPT OF STATUS CONFERENCE in the case as to RYAN TAYLOR NICHOLS before the Honorable Thomas F. Hogan held on 09/21/2022. Page Numbers: 1–28. Date of Issuance: 10/13/2022. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202–354–3118. Transcripts may be ordered by going to www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 11/8/2022. Redacted Transcript Deadline set for 11/18/2022. Release of Transcript Restriction set for 1/16/2023.(Meyer, Nancy) (Entered: 10/18/2022) |
| 10/19/2022 | 172 | SUPPLEMENT by USA as to RYAN TAYLOR NICHOLS re 161 Response to motion, 169 Supplement to any document (Rocha, Sarah) (Entered: 10/19/2022) |
| 10/20/2022 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1): granting 173 Sealed Motion for Leave to File Document Under Seal (This document is SEALED and only available to authorized persons.). Signed by Judge Thomas F. Hogan on 10/20/2022. |

| | | |
|---|---|---|
| | | (zalh) (Entered: 10/20/2022) |
| 10/20/2022 | 174 | Unopposed MOTION to Continue *October 25 hearing and extension to file supplement* by RYAN TAYLOR NICHOLS. (Gross, Jonathan) (Entered: 10/20/2022) |
| 10/20/2022 | 176 | MOTION for Extension of Time to File Supplements by RYAN TAYLOR NICHOLS. (See docket entry 174 to view document.)(zltp) (Entered: 10/24/2022) |
| 10/21/2022 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1) granting 174 Unopposed MOTION to Continue October 25 hearing and extension to file supplement. Defendant Deadline To File A Supplement To His Motion For Pretrial Release Is Now Due October 28, 2022. Motion Hearing Is Reset To November 8, 2022 at 11:00AM in Courtroom 24A– In Person before Judge Thomas F. Hogan Signed by Judge Thomas F. Hogan on 10/21/22. (mac) (Entered: 10/21/2022) |
| 10/21/2022 | | Set/Reset Deadlines/Hearings as to RYAN TAYLOR NICHOLS:Defendant Supplement due by 10/21/2022. Motion Hearing set for 11/8/2022 at 11:00 AM in Courtroom 24A– In Person before Judge Thomas F. Hogan. (mac) (Entered: 10/21/2022) |
| 10/28/2022 | 177 | SUPPLEMENT by RYAN TAYLOR NICHOLS re 150 MOTION for Release from Custody (Attachments: # 1 Exhibit Evidence of first drive, # 2 Exhibit Evidence of second drive, # 3 Exhibit email from Marshals re custody, # 4 Exhibit email to Marshals about religious exercise)(Gross, Jonathan) (Entered: 10/28/2022) |
| 11/08/2022 | | NOTICE OF COURTROOM CHANGE in case as to RYAN TAYLOR NICHOLS (01) Motion Hearing set for 11/8/2022 at 11:00 AM in Courtroom 26A– In Person before Judge Thomas F. Hogan. (mac) (Entered: 11/08/2022) |
| 11/08/2022 | | NOTICE OF HEARING as to RYAN TAYLOR NICHOLS (2): The Motion Hearing set for today, 11/8/2022, is VACATED and rescheduled for 11/10/2022 at 10:30 AM in Courtroom 26A (In Person) before Judge Thomas F. Hogan. (zsmc) (Entered: 11/08/2022) |
| 11/10/2022 | | Minute Entry as to RYAN TAYLOR NICHOLS (1) for proceeding held on 11/10/22 before Judge Thomas F. Hogan: Motion Hearing re 150 Emergency Motion for Release from Custody. Reports by Counsel regarding conditions of release due by 11/18/2022. Bond Release Hearing set for 11/22/2022 11:30 AM in Courtroom 26A– In Person before Judge Thomas F. Hogan. Bond Status of Defendant: Committed/Commitment Issued; Court Reporter: Cathryn Jones (by phone); Defense Attorney: Joseph McBride and Jonathan Gross; US Attorney: Sarah Rocha; Pretrial Officer: Christine Schuck. (zgdf) (Entered: 11/10/2022) |
| 11/18/2022 | 178 | SUPPLEMENT by USA as to RYAN TAYLOR NICHOLS *Regarding Conditions of Release* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Rocha, Sarah) (Entered: 11/18/2022) |
| 11/18/2022 | 179 | SUPPLEMENT by RYAN TAYLOR NICHOLS *Identifying Custodian and Conditions of Release* (Attachments: # 1 Exhibit EXHIBIT A, # 2 Exhibit EXHIBIT B, # 3 Exhibit EXHIBIT C, # 4 Exhibit EXHIBIT D)(McBride, Joseph) (Entered: 11/18/2022) |
| 11/22/2022 | | Minute Entry for proceedings held before Judge Thomas F. Hogan: Bond Release Hearing as to RYAN TAYLOR NICHOLS (1) held on 11/22/2022. Status Conference set for 12/13/2022 at 11:30 AM via Zoom before Judge Thomas F. |

| | | |
|---|---|---|
| | | Hogan. Bond Status of Defendant: Defendant released/Release Issued; Court Reporter: Lorraine Herman; Defense Attorneys: Joseph Daniel McBride and Jonathan Gross; US Attorney: Sarah Wilson Rocha; Pretrial Officer: Christine Schuck. (zalh) (Entered: 11/22/2022) |
| 11/22/2022 | 180 | ORDER Setting Conditions of Release as to RYAN TAYLOR NICHOLS (1): Personal Recognizance. Signed by Judge Thomas F. Hogan on 11/22/2022. (Attachments: # 1 Appearance Bond) (zalh) (Entered: 11/22/2022) |
| 11/22/2022 | 181 | ORDER as to RYAN TAYLOR NICHOLS (1). Signed by Judge Thomas F. Hogan on 11/22/2022. (Attachments: # 1 Declaration of Bonnie Nichols) (zalh) (Entered: 11/22/2022) |
| 11/22/2022 | 182 | NOTICE of Defendant's Acceptance of Protective Order by RYAN TAYLOR NICHOLS. "Let This be Filed" by Judge Thomas F. Hogan on 11/22/2022. (zltp) (Entered: 11/23/2022) |
| 11/23/2022 | | NOTICE OF HEARING as to RYAN TAYLOR NICHOLS(1) and ALEX KIRK HARKRIDER (2): Status Conference set for 12/13/2022 at 11:30 AM via Zoom before Judge Thomas F. Hogan. (zalh) (Entered: 11/23/2022) |
| 11/28/2022 | 183 | ENTERED IN ERROR.....PERIODIC REPORT BY USA (Gross, Jonathan) Modified on 11/28/2022 (zltp). (Entered: 11/28/2022) |
| 11/28/2022 | 184 | NOTICE *of filing declaration of third−party custodian* by RYAN TAYLOR NICHOLS re 181 Order (Attachments: # 1 Declaration Compliance with terms of release)(Gross, Jonathan) (Entered: 11/28/2022) |
| 11/28/2022 | | NOTICE OF ERROR as to RYAN TAYLOR NICHOLS regarding 183 Periodic Report. The following error(s): Incorrect event. Counsel refiled document as docket entry 184 . (zltp) (Entered: 11/28/2022) |
| 12/05/2022 | 185 | NOTICE *of filing* by RYAN TAYLOR NICHOLS re 181 Order (Attachments: # 1 Declaration Third Party Custodian)(Gross, Jonathan) (Entered: 12/05/2022) |
| 12/05/2022 | 186 | Emergency MOTION to Amend/Correct 180 Order Setting Conditions of Release by RYAN TAYLOR NICHOLS. (Gross, Jonathan) (Entered: 12/05/2022) |
| 12/06/2022 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1): granting 186 Defendant's Motion to Amend Order Setting Conditions of Pretrial Release. It is hereby ORDERED that Mr. Nichols' third party custodian, Ms. Bonnie Nichols, may visit the website www.camtasia.com on Mr. Nichols' computer for purposes of downloading the Camtasia software approved by the Court. It is FURTHER ORDERED that Defendant shall be permitted to visit the DMV on December 6, 2022 for the sole purpose of renewing his driver license. Defendant shall contact his assigned Pretrial Services Officer by telephone before leaving his residence and immediately upon his return. SO ORDERED. Signed by Judge Thomas F. Hogan on 12/6/2022. (zalh) (Entered: 12/06/2022) |
| 12/12/2022 | 188 | NOTICE *of filing of declaration of compliance with pretrial release order* by RYAN TAYLOR NICHOLS re 180 Order Setting Conditions of Release (Attachments: # 1 Declaration Third Party Custodian)(Gross, Jonathan) (Entered: 12/12/2022) |
| 12/13/2022 | | Minute Entry for video proceedings held before Judge Thomas F. Hogan: Status Conference as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2) held on 12/13/2022. The Court directs the parties to meet and confer on a March |

| | | |
|---|---|---|
| | | or April trial date and to have that date prepared by the next hearing date. Status Conference set for 1/5/2023 at 10:00 AM via Zoom before Judge Thomas F. Hogan. Bond Status of Defendants: remain on Personal Recognizance/appeared via video; Court Reporter: Lisa Moreira; Defense Attorneys: (1) Jonathan Gross and (2) Kira Anne West; US Attorneys: Douglas Burton Brasher and Sarah Wilson Rocha. (zalh) (Entered: 12/13/2022) |
| 12/13/2022 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1): It is hereby ORDERED that on or before December 23, 2022, defendant shall file a report with the Court addressing the video of defendant Nichols that was posted to attorney Joseph McBride's social media account on December 6, 2022, which encouraged others to retain Joseph McBride as their counsel. The report should explain how the video was recorded and disseminated, and any other videos made by defendant since his release that are related to this case or to his counsel should be identified to the Court. SO ORDERED. Signed by Judge Thomas F. Hogan on 12/13/2022. (zalh) (Entered: 12/13/2022) |
| 12/19/2022 | 190 | NOTICE *of filing of declaration of third party custodian* by RYAN TAYLOR NICHOLS re 180 Order Setting Conditions of Release (Attachments: # 1 Declaration Third Party Custodian)(Gross, Jonathan) (Entered: 12/19/2022) |
| 12/19/2022 | 191 | NOTICE *of proposed agreed trial date of the parties* by ALEX KIRK HARKRIDER as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER (West, Kira) (Entered: 12/19/2022) |
| 12/23/2022 | 192 | NOTICE by RYAN TAYLOR NICHOLS (McBride, Joseph) (Entered: 12/23/2022) |
| 12/27/2022 | 193 | DECLARATION *of compliance by third party custodian* by RYAN TAYLOR NICHOLS 180 Order Setting Conditions of Release (Attachments: # 1 Declaration third party custodian)(Gross, Jonathan) (Entered: 12/27/2022) |
| 12/29/2022 | 195 | Unopposed MOTION to Amend/Correct 180 Order Setting Conditions of Release *to allow Mr. Nichols to use Google Docs and Google Sheets* by RYAN TAYLOR NICHOLS. (Attachments: # 1 Text of Proposed Order)(Gross, Jonathan) (Entered: 12/29/2022) |
| 01/02/2023 | 196 | DECLARATION by RYAN TAYLOR NICHOLS 180 Order Setting Conditions of Release (Attachments: # 1 Declaration Third Party Custodian)(Gross, Jonathan) (Entered: 01/02/2023) |
| 01/03/2023 | 197 | ORDER as to RYAN TAYLOR NICHOLS (1): granting 195 Motion to Amend Conditions of Release to Allow the Defendant to Access to Google Docs and Google Sheets for the Sole Purpose of Sharing Documents and Spreadsheets with his Attorneys Online. Signed by Judge Thomas F. Hogan on 1/3/2023. (zalh) (Entered: 01/03/2023) |
| 01/05/2023 | | Minute Entry for video proceedings held before Judge Thomas F. Hogan: Status Conference as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2) held on 1/5/2023. Bond Status of Defendants: remain on Personal Recognizance/appeared via video; Court Reporter: Lisa Edwards; Defense Attorneys: (1) Joseph McBride and Jonathan Gross and (2) Kira Anne West; US Attorneys: Douglas Burton Brasher and Sarah Wilson Rocha. (zalh) (Entered: 01/05/2023) |
| 01/05/2023 | | Case as to RYAN TAYLOR NICHOLS(1), ALEX KIRK HARKRIDER(2) randomly reassigned to Judge Royce C. Lamberth. Judge Thomas F. Hogan is no longer |

| | | |
|---|---|---|
| | | assigned to the case. (rj) (Entered: 01/05/2023) |
| 01/09/2023 | 200 | Notice of Filing by RYAN TAYLOR NICHOLS 180 Order Setting Conditions of Release (Attachments: # 1 Declaration)(Gross, Jonathan) Modified text on 1/9/2023 (zstd). (Entered: 01/09/2023) |
| 01/11/2023 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2): The parties shall appear for a Status Conference set for 2/7/2023 at 2:30 PM by VTC before Judge Royce C. Lamberth. Video connection information will be emailed to the parties. SO ORDERED by Judge Royce C. Lamberth on 1/11/2023. (lsj) (Entered: 01/11/2023) |
| 01/11/2023 | 201 | ENTERED IN ERROR.....Supplemental STATUS REPORT by RYAN TAYLOR NICHOLS (Attachments: # 1 Supplement Status report)(Gross, Jonathan) Modified on 1/11/2023 (zstd). (Entered: 01/11/2023) |
| 01/11/2023 | | NOTICE OF ERROR as to RYAN TAYLOR NICHOLS regarding 201 Status Report. The following error(s) need correction: Incorrect document. Please refile (zstd) (Entered: 01/11/2023) |
| 01/19/2023 | 202 | Notice of Filing by RYAN TAYLOR NICHOLS 180 Order Setting Conditions of Release (Attachments: # 1 Declaration third party custodian)(Gross, Jonathan) Modified text on 1/20/2023 (zstd). (Entered: 01/19/2023) |
| 01/20/2023 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER: In consideration of the parties' Joint Notice 191 of Proposed Agreed Trial Date, is hereby ORDERED that a jury trial is set to commence on 03/27/2023 at 10:00 a.m. in Courtroom 15 (in person) before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 01/20/2023. (lcrcl3) (Entered: 01/20/2023) |
| 01/23/2023 | 203 | TRANSCRIPT OF STATUS HEARING in case as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER before Judge Thomas F. Hogan held on June 10, 2022; Page Numbers: 1–36. Date of Issuance:January 23, 2023. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354–3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/13/2023. Redacted Transcript Deadline set for 2/23/2023. Release of Transcript Restriction set for 4/23/2023.(Moreira, Lisa) (Entered: 01/23/2023) |
| 01/23/2023 | 204 | Notice of Filing third party custodian by RYAN TAYLOR NICHOLS 180 Order Setting Conditions of Release (Attachments: # 1 Declaration third party |

| | | |
|---|---|---|
| | | custodian)(Gross, Jonathan) Modified text on 1/23/2023 (zstd). (Entered: 01/23/2023) |
| 01/30/2023 | 205 | DECLARATION by RYAN TAYLOR NICHOLS (Attachments: # 1 Declaration Declaration of compliance)(Gross, Jonathan) (Entered: 01/30/2023) |
| 01/30/2023 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2): Due to the court's conflicting schedule, the Status Conference set for 2/7/2023 at 2:30 PM is VACATED and RESET for 01:30 PM via Zoom before Judge Royce C. Lamberth. So ORDERED, by Judge Royce C. Lamberth on 1/30/2023. (nbn) (Entered: 01/30/2023) |
| 02/06/2023 | 207 | NOTICE *of declaration of third party custodian* by RYAN TAYLOR NICHOLS re 180 Order Setting Conditions of Release (Attachments: # 1 Declaration of third party custodian)(Gross, Jonathan) (Entered: 02/06/2023) |
| 02/07/2023 | | Minute Entry for Video Status Conference held on 2/7/2023 before Judge Royce C. Lamberth as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2): Parties updated Court on status of case. Bond Status of Defendants: Continued on Personal Recognizance Bond/Appeared by Video. US Attorneys: Sarah Rocha and Douglas Brasher. Defense Attorneys: 1– Joseph McBride, Jonathan Gross and Brad Geyer 2– Kira Ann West. Court Reporter: Christine Asif. (smc) (Entered: 02/07/2023) |
| 02/13/2023 | 209 | Notice of Filing by RYAN TAYLOR NICHOLS 180 Order Setting Conditions of Release (Attachments: # 1 Declaration)(Gross, Jonathan) Modified text on 2/14/2023 (zstd). (Entered: 02/13/2023) |
| 02/22/2023 | 210 | NOTICE OF ATTORNEY APPEARANCE Sean Patrick McCauley appearing for USA. (McCauley, Sean) (Entered: 02/22/2023) |
| 02/27/2023 | 211 | Notice of Filing by RYAN TAYLOR NICHOLS 180 Order Setting Conditions of Release (Attachments: # 1 Declaration compliance)(Gross, Jonathan) Modified text on 2/27/2023 (zstd). (Entered: 02/27/2023) |
| 02/27/2023 | 212 | MOTION to Continue and Removal of Protective Order by RYAN TAYLOR NICHOLS. (Attachments: # 1 Exhibit Attachment 1, # 2 Exhibit Attachment 2, # 3 Exhibit Attachment 3, # 4 Exhibit Attachment 4, # 5 Exhibit Attachment 5, # 6 Exhibit Attachment 6)(McBride, Joseph) Modified event title and text on 2/28/2023 (zstd). (Entered: 02/27/2023) |
| 03/01/2023 | 213 | MOTION for Leave to Appear Pro Hac Vice Bradford L. Geyer Filing fee $100, receipt number ADCDC–9753849. Fee Status: Fee Paid. by RYAN TAYLOR NICHOLS. (Attachments: # 1 Declaration, # 2 Exhibit certificate, # 3 Exhibit proposed order)(Stewart, Carolyn) Modified to update fee payment on 3/8/2023 (zstd). (Entered: 03/01/2023) |
| 03/03/2023 | 214 | ORDER granting Motion 213 for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).** Click for instructions. Signed by Judge Royce C. Lamberth on 03/03/2023. (lcrcl3) (Entered: 03/03/2023) |
| 03/06/2023 | 216 | Notice of Filing by RYAN TAYLOR NICHOLS 180 Order Setting Conditions of Release (Attachments: # 1 Declaration)(Gross, Jonathan) Modified text on 3/6/2023 (zstd). (Entered: 03/06/2023) |
| 03/07/2023 | 218 | |

| | | |
|---|---|---|
| | | RESPONSE by USA as to RYAN TAYLOR NICHOLS re 212 MOTION to Continue *Government's response in opposition.* (McCauley, Sean) (Entered: 03/07/2023) |
| 03/08/2023 | 219 | MOTION to Withdraw as Attorney by Jonathan Gross. by RYAN TAYLOR NICHOLS. (Gross, Jonathan) (Entered: 03/08/2023) |
| 03/10/2023 | 220 | MOTION in Limine *TO EXCLUDE FALSEHOODS REGARDING POLICE OFFICER DEATHS* by RYAN TAYLOR NICHOLS. (McBride, Joseph) (Entered: 03/10/2023) |
| 03/10/2023 | 221 | MOTION for ENLARGEMENT OF MAXIMUM PAGE LENGTH FOR FILING OF HIS REPLY by RYAN TAYLOR NICHOLS as to RYAN TAYLOR NICHOLAS (McBride, Joseph) Modified to correct defendant on 3/13/2023 (zstd). (Entered: 03/10/2023) |
| 03/10/2023 | 222 | REPLY TO OPPOSITION to Motion by RYAN TAYLOR NICHOLS as to RYAN TAYLOR NICHOLS 212 MOTION to Continue (McBride, Joseph) Modified to correct defendant on 3/13/2023 (zstd). (Entered: 03/10/2023) |
| 03/13/2023 | 223 | NOTICE *and Weekly Declaration* by RYAN TAYLOR NICHOLS (McBride, Joseph) (Entered: 03/13/2023) |
| 03/14/2023 | | MINUTE ORDER granting Motion 219 to Withdraw as Attorney: It is hereby ORDERED that the motion to withdraw is GRANTED and Mr. Gross's representation of defendant Nichols is TERMIANTED. Signed by Judge Royce C. Lamberth on 03/14/2023. (lcrcl3) (Entered: 03/14/2023) |
| 03/14/2023 | | MINUTE ORDER granting Motion 221 for Enlargement of Page Length as to RYAN TAYLOR NICHOLS (1): It is hereby ORDERED that the motion for enlargement of page length is GRANTED and defendant Nichols may file his overlength reply. Signed by Judge Royce C. Lamberth on 03/14/2023. (lcrcl3) (Entered: 03/14/2023) |
| 03/16/2023 | 224 | Supplement re 212 MOTION to Continue by RYAN TAYLOR NICHOLS. (McBride, Joseph) Modified to add link and text on 3/16/2023 (zstd). (Entered: 03/16/2023) |
| 03/17/2023 | 226 | SUPPLEMENT by RYAN TAYLOR NICHOLS re 212 MOTION to Continue (McBride, Joseph) (Entered: 03/17/2023) |
| 03/17/2023 | 227 | ORDER as to RYAN TAYLOR NICHOLS (1): Defendant Nichols is hereby ORDERED to provide the Court with any medical records substantiating the claims in his Supplement 224 by 03/20/2023. Signed by Judge Royce C. Lamberth on 03/17/2023. (lcrcl3) (Entered: 03/17/2023) |
| 03/20/2023 | 228 | MOTION for Leave to File *Medical Records Under Seal* by RYAN TAYLOR NICHOLS. (McBride, Joseph) (Entered: 03/20/2023) |
| 03/21/2023 | 230 | NOTICE Weekly Declaration & Notice by RYAN TAYLOR NICHOLS (McBride, Joseph) Modified to correct defendant on 3/21/2023 (zstd). (Entered: 03/21/2023) |
| 03/21/2023 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2): Due to family medical emergencies among counsel, it is hereby ORDERED that the 03/27/2023 trial date is VACATED, with rescheduling to follow at a later date. Signed by Judge Royce C. Lamberth on 03/21/2023. (lcrcl3) Modified on 3/22/2023 (smc). (Entered: 03/21/2023) |

| 03/24/2023 | 233 | RESPONSE by USA as to RYAN TAYLOR NICHOLS re 220 MOTION in Limine *TO EXCLUDE FALSEHOODS REGARDING POLICE OFFICER DEATHS Government's response in opposition. (McCauley, Sean) Modified to correct defendant on 3/24/2023 (zstd). (Entered: 03/24/2023)* |
| --- | --- | --- |
| 04/06/2023 | 234 | NOTICE *DECLARATION & Notice* by RYAN TAYLOR NICHOLS (McBride, Joseph) (Entered: 04/06/2023) |
| 04/24/2023 | 235 | NOTICE *DECLARATION & NOTICE* by RYAN TAYLOR NICHOLS (McBride, Joseph) (Entered: 04/24/2023) |
| 05/01/2023 | 238 | NOTICE *Weekly Declaration & Notice* by RYAN TAYLOR NICHOLS (McBride, Joseph) (Entered: 05/01/2023) |
| 05/04/2023 | | MINUTE ORDER as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2): It is hereby ORDERED that a status conference is set for 05/10/2023 at 12:15 PM by VTC before Judge Royce C. Lamberth, in order to set a trial date. Signed by Judge Royce C. Lamberth on 05/04/2023. (lcrcl3) Modified on 5/4/2023 (zsmc). (Entered: 05/04/2023) |
| 05/10/2023 | 240 | SCHEDULING ORDER as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2). Discovery Motions due by 06/20/2023, Responses due by 07/03/2023, Replies due by 07/10/2023, Jury Trial set for 11/08/2023 at 10:00 AM in Courtroom 15 (in person) before Judge Royce C. Lamberth. The Court finds it in the interest of justice to exclude the time between 03/27/2023 and 11/08/2023 under the Speedy Trial Act. Signed by Judge Royce C. Lamberth on 05/10/2023. (lcrcl3) Modified on 5/10/2023 (zsmc). (Entered: 05/10/2023) |
| 05/10/2023 | | Minute Entry for Video Status Conference held on 5/10/2023 before Judge Royce C. Lamberth as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2): Jury Selection/Trial set for 11/8/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Scheduling Order forthcoming from Chambers. Bond Status of Defendants: Continued on Personal Recognizance Bonds/Appeared by Video. US Attorneys: Douglas Brasher, Sean McCauley and Sarah Rocha. Defense Attorney: 1– Joseph McBride and Brad Geyer. 2– Kira West. Court Reporter: Christine Asif. (smc) (Entered: 05/10/2023) |
| 06/09/2023 | 241 | MOTION to Modify Conditions of Release by RYAN TAYLOR NICHOLS. (McBride, Joseph) Modified to correct defendant on 7/28/2023 (zstd). (Entered: 06/09/2023) |
| 06/09/2023 | 242 | MOTION for Leave to File Exhibit A Under Seal by RYAN TAYLOR NICHOLS. (McBride, Joseph) Modified to correct defendant on 7/28/2023 (zstd). (Entered: 06/09/2023) |
| 06/16/2023 | 243 | NOTICE OF ATTORNEY APPEARANCE: Bradford L Geyer appearing for RYAN TAYLOR NICHOLS *as co–counsel* (Geyer, Bradford) (Entered: 06/16/2023) |
| 06/20/2023 | 244 | MOTION for REQUIRED DISCLOSURE OF POTENTIALLY EXCULPATORY INFORMATION by RYAN TAYLOR NICHOLS. (McBride, Joseph) Modified event type on 6/21/2023 (zstd). (Entered: 06/20/2023) |
| 06/21/2023 | 245 | SUPPLEMENTAL Motion for Disclosure (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Exhibit Attachment A, # 3 Exhibit Attachment B)(McBride, Joseph) Modified event type and text on 6/22/2023 (zstd). (Entered: 06/21/2023) |

| 06/29/2023 | 246 | Unopposed MOTION for Extension of Time to File Response/Reply by USA as to RYAN TAYLOR NICHOLS. (McCauley, Sean) Modified to correct defendant on 6/30/2023 (zstd). (Entered: 06/29/2023) |
|---|---|---|
| 07/03/2023 | 247 | RESPONSE by USA as to RYAN TAYLOR NICHOLS re 245 MOTION for Disclosure, 244 MOTION for Disclosure (McCauley, Sean) Modified to correct defendant and text on 7/5/2023 (zstd). (Entered: 07/03/2023) |
| 07/05/2023 | | MINUTE ORDER granting Motion 246 for Extension of Time to File Response/Reply as to RYAN TAYLOR NICHOLS (1): It is hereby ORDERED that the motion for an extension is GRANTED and the government shall file its response by 07/10/2023. Signed by Judge Royce C. Lamberth on 07/05/2023. (lcrcl3) (Entered: 07/05/2023) |
| 07/07/2023 | 248 | MOTION for Extension of Time to File Response/Reply by RYAN TAYLOR NICHOLS. (Attachments: # 1 Text of Proposed Order Proposed Order)(McBride, Joseph) (Entered: 07/07/2023) |
| 07/07/2023 | 249 | ORDER granting Motion 248 for Extension of Time to File Response/Reply as to RYAN TAYLOR NICHOLS (1). Defendant's Reply to 247 due by 07/12/2023. Signed by Judge Royce C. Lamberth on 07/07/2023. (lcrcl1) (Entered: 07/07/2023) |
| 07/13/2023 | 250 | ENTERED IN ERROR.....MOTION for Release of Brady Materials REPLY TO GOVERNMENTS RESPONSE (ECF 247) by RYAN TAYLOR NICHOLS. (Attachments: # 1 Supplement Attachment 1)(McBride, Joseph) Modified on 7/13/2023 (zstd). (Entered: 07/13/2023) |
| 07/13/2023 | | NOTICE OF ERROR as to RYAN TAYLOR NICHOLS regarding 250 MOTION for Release of Brady Materials REPLY TO GOVERNMENTS RESPONSE (ECF 247). The following error(s) need correction: Incorrect event. Please refile using the Event Responses & Replies: Reply to Opposition. (zstd) (Entered: 07/13/2023) |
| 07/19/2023 | 251 | REPLY TO OPPOSITION to Motion by RYAN TAYLOR NICHOLS re 245 MOTION for Disclosure *Reply to Opposition Gov 247* (Attachments: # 1 Supplement Attachment 1)(McBride, Joseph) (Entered: 07/19/2023) |
| 08/31/2023 | 254 | ORDER as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2): The government is ORDERED to file by 09/14/2023 a statement(s) by one or more individuals with personal knowledge of the investigative process either (1) certifying that the government has produced in discovery all surveillance footage in USCPs possession that depicts areas of the Capitol building and grounds where defendants Nichols and Harkrider may have been on January 6 at the time they may have been there, or (2) explaining why any such footage has not been produced in discovery. See Order for details. Signed by Judge Royce C. Lamberth on 08/31/2023. (lcrcl3) Modified to add defendant numbers on 9/1/2023 (zsmc). (Entered: 08/31/2023) |
| 09/01/2023 | | Set/Reset Deadlines as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2):Statement due by 9/14/2023. (smc) (Entered: 09/01/2023) |
| 09/14/2023 | 255 | RESPONSE TO ORDER OF THE COURT by USA as to RYAN TAYLOR NICHOLS, ALEX KIRK HARKRIDER re 254 Order,, (Attachments: # 1 Declaration of Thomas A. DiBiase, # 2 Committee on House Administration Policy)(McCauley, Sean) (Entered: 09/14/2023) |
| 09/19/2023 | 257 | MOTION for Extension of Time to File Response/Reply by RYAN TAYLOR NICHOLS. (Attachments: # 1 Text of Proposed Order)(McBride, Joseph) (Entered: |

| | | 09/19/2023) |
|---|---|---|
| 09/20/2023 | 258 | ORDER granting Motion 257 for Extension of Time to File Response/Reply as to RYAN TAYLOR NICHOLS (1): It is hereby ORDERED that the motion for an extension is GRANTED and defendant shall file his reply to 255 by 09/25/2023. Signed by Judge Royce C. Lamberth on 09/20/2023. (lcrcl3) (Entered: 09/20/2023) |
| 09/20/2023 | 259 | ORDER granting motion 256 as to ALEX KIRK HARKRIDER (2): It is hereby ORDERED that the Motion to Join Discovery Motions filed by Defendant Nichols is GRANTED. Signed by Judge Royce C. Lamberth on 09/20/2023. (lcrcl3) (Main Document 259 replaced on 9/20/2023) (zsmc). (Entered: 09/20/2023) |
| 09/25/2023 | 260 | MOTION for Leave to File REPLY TO GOVERNMENTS RESPONSE [at ECF 255] TO ORDER OF THE COURT [Relating To Defendants Motions To Compel by RYAN TAYLOR NICHOLS. (McBride, Joseph) Modified to correct defendant on 9/26/2023 (zstd). (Entered: 09/25/2023) |
| 09/25/2023 | 261 | REPLY TO GOVERNMENTS RESPONSE re [ 255 ] TO ORDER OF THE COURT [Relating To Defendants Motions To Compel by RYAN TAYLOR NICHOLS. (McBride, Joseph) Modified to correct defendant on 9/26/2023 (zstd). (Entered: 09/25/2023) |
| 10/04/2023 | 262 | SECOND SUPERSEDING INFORMATION as to RYAN TAYLOR NICHOLS (1) count(s) 1ss, 2ss. (zstd) (Entered: 10/05/2023) |
| 10/05/2023 | 264 | Joint MOTION for Plea Hearing by USA as to RYAN TAYLOR NICHOLS. (Brasher, Douglas) Modified text on 10/6/2023 (zstd). (Entered: 10/05/2023) |
| 10/16/2023 | 265 | ORDER denying Motion 244 and Supplemental Motion 245 to Compel Discovery as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2); granting Motion 260 for Leave to File Reply to Government's Response to Order of the Court as to RYAN TAYLOR NICHOLS (1): For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that the Motion 244 and Supplemental Motion 245 to Compel Discovery are DENIED. It is further ORDERED that the Motion 260 for Leave to File Reply to Government's Response to Order of the Court is GRANTED. Signed by Judge Royce C. Lamberth on 10/16/2023. (lcrcl3) (Entered: 10/16/2023) |
| 10/16/2023 | 266 | MEMORANDUM OPINION as to RYAN TAYLOR NICHOLS (1) and ALEX KIRK HARKRIDER (2): re Motion 244 and Supplemental Motion 245 to Compel Discovery and Motion 260 for Leave to File Reply to Government's Response to Order of the Court. Signed by Judge Royce C. Lamberth on 10/16/2023. (lcrcl3) Modified to correct Chambers error on 10/17/2023 (zsmc). (Entered: 10/16/2023) |
| 10/24/2023 | | MINUTE ORDER granting Joint Motion 264 for Plea Hearing as to RYAN TAYLOR NICHOLS (1): It is hereby ORDERED that the motion is GRANTED and a plea hearing is set for 11/07/2023 at 12:30 PM in Courtroom 15 (in person) before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 10/24/2023. (lcrcl3) (Entered: 10/24/2023) |
| 10/24/2023 | | Set/Reset Hearings as to RYAN TAYLOR NICHOLS (1): Plea Agreement Hearing set for 11/7/2023 at 12:30 PM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. (smc) (Entered: 10/24/2023) |
| 11/07/2023 | 275 | LETTER from Clay Higgins as to RYAN TAYLOR NICHOLS. "Let this be filed" by Royce C. Lamberth U.S.D.J. on 11/7/2023. (zstd) (Entered: 11/07/2023) |

| 11/07/2023 | | Minute Entry for Plea Agreement Hearing held on 11/7/2023 before Judge Royce C. Lamberth as to RYAN TAYLOR NICHOLS (1): Plea of Guilty entered as to Count 1ss and 2ss of the 262 Second Superseding Information. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to RYAN TAYLOR NICHOLS (1). Sentencing date to be set at a later time. Oral Motion by Government to remand defendant pending sentencing, heard and GRANTED. Bond Status of Defendant: Remanded/Commitment Issued. US Attorneys: Douglas Brasher, Sean McCauley and Sarah Rocha. Defense Attorney: Jeffrey Green, Joseph McBride and Bradford Geyer. Court Reporter: Stacy Johns. (smc) (Entered: 11/08/2023) |
|---|---|---|
| 11/08/2023 | 277 | WAIVER of Trial by Jury as to RYAN TAYLOR NICHOLS (1). Approved by Judge Royce C. Lamberth on 11/7/2023. (zsmc) (Entered: 11/08/2023) |
| 11/08/2023 | 278 | WAIVER OF INDICTMENT by RYAN TAYLOR NICHOLS (1). Signed by Judge Royce C. Lamberth on 11/7/2023. (zsmc) (Entered: 11/08/2023) |
| 11/08/2023 | 279 | PLEA AGREEMENT as to RYAN TAYLOR NICHOLS (1). "Let this be filed." on 11/7/2023 by Royce C. Lamberth, U.S.D.J. (smc) (Entered: 11/08/2023) |
| 11/08/2023 | 280 | STATEMENT OF OFFENSE by USA as to RYAN TAYLOR NICHOLS (1). "Let this be filed." on 11/7/2023 by Royce C. Lamberth, U.S.D.J. (smc) (Entered: 11/08/2023) |
| 12/22/2023 | | NOTICE OF HEARING as to RYAN TAYLOR NICHOLS (1): Sentencing set for 3/15/2024 at 10:00 AM in Courtroom 15 before Judge Royce C. Lamberth. (smc) (Entered: 12/22/2023) |
| 02/22/2024 | 295 | MOTION to Continue *Sentencing Hearing* by RYAN TAYLOR NICHOLS. (McBride, Joseph) (Entered: 02/22/2024) |
| 02/23/2024 | | MINUTE ORDER granting Motion 295 to Continue as to RYAN TAYLOR NICHOLS (1): It is hereby ORDERED that defendant Nichols' Motion to Continue Sentencing is GRANTED. The sentencing previously set for 3/15/2024 at 10:00 AM is RESET for 5/2/2024 at 12:30 PM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 02/23/2024. (lcrcl3) (Entered: 02/23/2024) |
| 04/19/2024 | 300 | MOTION for Leave to File PSR Objections as soon as practicable by RYAN TAYLOR NICHOLS. (Attachments: # 1 Exhibit EXHIBIT A)(McBride, Joseph) Modified to remove incorrect linked defendant on 4/22/2024 (zstd). (Entered: 04/19/2024) |
| 04/29/2024 | 303 | SENTENCING MEMORANDUM by RYAN TAYLOR NICHOLS (Attachments: # 1 Exhibit EXHIBIT LIST, # 2 Exhibit EXHIBIT A, # 3 Exhibit EXHIBIT B, # 4 Exhibit EXHIBIT C, # 5 Exhibit EXHIBIT D, # 6 Exhibit EXHIBIT E, # 7 Exhibit EXHIBIT F, # 8 Exhibit EXHIBIT G, # 9 Exhibit EXHIBIT H, # 10 Exhibit EXHIBIT I, # 11 Exhibit EXHIBIT J)(McBride, Joseph) (Entered: 04/29/2024) |
| 04/29/2024 | 304 | ERRATA by RYAN TAYLOR NICHOLS re 303 Sentencing Memorandum (McBride, Joseph) Modified text and to add link on 4/30/2024 (zstd). (Entered: 04/29/2024) |
| 04/30/2024 | 305 | MOTION for Leave to File by RYAN TAYLOR NICHOLS. (McBride, Joseph) (Entered: 04/30/2024) |
| 04/30/2024 | 306 | |

| | | ORDER granting Motion <u>305</u> for Leave to File Under Seal as to RYAN TAYLOR NICHOLS (1): It is hereby ORDERED that defendant Nichols's motion to seal is GRANTED. Exhibit C attached to defendant Nichols's sentencing memorandum [303–4] shall be filed under seal. Signed by Judge Royce C. Lamberth on 04/30/2024. (lcrcl3) (Entered: 04/30/2024) |
|---|---|---|
| 04/30/2024 | <u>307</u> | SENTENCING MEMORANDUM by USA as to RYAN TAYLOR NICHOLS (Brasher, Douglas) (Entered: 04/30/2024) |
| 05/02/2024 | | Minute Entry for Sentencing held on 5/2/2024 before Judge Royce C. Lamberth as to RYAN TAYLOR NICHOLS (1): It is the judgment of the Court, the Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Sixty–Three (63) months on Counts 1ss and 2ss, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release on Counts 1ss and 2ss, with all terms to run concurrently. In addition, the Defendant is ordered to pay a fine of $200,000, restitution in the amount of $2,000 and a special assessment of $200 ($100 on each count). Oral motion by Government to dismiss remaining counts, heard and GRANTED. Bond Status of Defendant: Committed/Commitment Issued. US Attorneys: Douglas Brasher, Sean McCauley and Sarah Rocha. Defense Attorneys: Joseph McBride and Bradford Geyer. Probation Officers: Sherry Baker and Andre Wilson. Court Reporter: Tim Miller. (smc) (Entered: 05/02/2024) |
| 05/05/2024 | <u>314</u> | JUDGMENT as to RYAN TAYLOR NICHOLS. Statement of Reasons Not Included. Signed by Judge Royce C. Lamberth on 5/5/2024. (zstd) (Entered: 05/07/2024) |
| 05/05/2024 | <u>315</u> | STATEMENT OF REASONS as to RYAN TAYLOR NICHOLS re <u>314</u> Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Royce C. Lamberth on 5/5/2024. (zstd) (Entered: 05/07/2024) |
| 05/07/2024 | <u>316</u> | TRANSCRIPT OF SENTENCING in case as to RYAN TAYLOR NICHOLS before Judge Royce C. Lamberth held on 5–2–24; Page Numbers: 1–57; Date of Issuance: 5–7–24; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS:</span>** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/28/2024. Redacted Transcript Deadline set for 6/7/2024. Release of Transcript Restriction set for 8/5/2024.(Miller, Timothy) (Entered: 05/07/2024) |
| 05/16/2024 | <u>317</u> | |

| | | NOTICE OF APPEAL – Final Judgment by RYAN TAYLOR NICHOLS Filing fee $ 605, receipt number ADCDC–10900151. Fee Status: Fee Paid. Parties have been notified. (McBride, Joseph) (Entered: 05/16/2024) |

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

RYAN TAYLOR NICHOLS,

　　　　　　　*Defendant,*

Case No. 21-cr-117 (RCL)

**NOTICE OF APPEAL**

Please take notice that Defendant Ryan Taylor Nichols hereby appeals the final JUDGMENT

entered in this case on May 5, 2024 (ECF No. 314).

Dated: Brooklyn, NY
　　　　March 16, 2024

Respectfully submitted,

**/s/ Joseph D. McBride, Esq.**
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue,
8th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

1

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I electronically filed the foregoing with the Clerk of the Court using the

CM/ECF system, which will send a notification to this Honorable Court and all counsel of record.

Respectfully submitted,

**<u>/s/ Joseph D. McBride, Esq.</u>**
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue,
8th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

2

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
### District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br>RYAN TAYLOR NICHOLS ) | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  21cr117-1 (RCL)<br>USM Number:  26099-509<br><br>Joseph McBride and Bradford Geyer<br>Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)    1ss and 2ss of the Second Superseding Information filed on 10/4/2023

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1512(c)(2) | Obstruction of an Official Proceeding & Aiding and Abetting | 1/6/2021 | 1ss |
| 18 USC § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers | 1/6/2021 | 2ss |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)    ALL REMAINING   ☐ is   ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/2/2024
Date of Imposition of Judgment

Signature of Judge

Royce C. Lamberth, United States District Court Judge
Name and Title of Judge

5/5/24
Date

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __7__

DEFENDANT:   RYAN TAYLOR NICHOLS
CASE NUMBER:   21cr117-1 (RCL)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Sixty-Three (63) months as to Counts 1ss and 2ss, with such terms to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

   The Defendant to be placed at FCI Seagoville

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m.  on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

| | | | | Judgment—Page | 3 | of | 7 |

DEFENDANT:   RYAN TAYLOR NICHOLS
CASE NUMBER:   21cr117-1 (RCL)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Thirty-Six (36) months as to Count 1ss and 2ss, with such terms to run concurrently.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
     ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.   ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page    4    of    7

DEFENDANT: RYAN TAYLOR NICHOLS
CASE NUMBER: 21cr117-1 (RCL)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.   You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.   After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.   You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.   You must answer truthfully the questions asked by your probation officer.
5.   You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.   You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.   You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.   You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.   If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.  If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13.  You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page _____5_____ of _____7_____

DEFENDANT:  RYAN TAYLOR NICHOLS
CASE NUMBER:  21cr117-1 (RCL)

## SPECIAL CONDITIONS OF SUPERVISION

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Financial Restrictions - You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
              Sheet 5 — Criminal Monetary Penalties

| | | |
|---|---|---|
| | Judgment — Page | 6     of     7 |

DEFENDANT: RYAN TAYLOR NICHOLS
CASE NUMBER: 21cr117-1 (RCL)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment\*** | **JVTA Assessment\*\*** |
|---|---|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 2,000.00 | $ 200,000.00 | $ | $ |

☐   The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Clerk of the Court for the United States District Court for the District of Columbia for disbursement to the following victim: | | | |
| Architect of the Capitol Office of the Chief Financial Officer Ford House Office Building Room H2-205B Washington, DC 20515 | | $2,000.00 | |

| | | |
|---|---|---|
| **TOTALS** | $      0.00 | $      2,000.00 |

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☑   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐   the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐   the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page   7   of   7

DEFENDANT:  RYAN TAYLOR NICHOLS
CASE NUMBER:  21cr117-1 (RCL)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☑   Lump sum payment of $  202,200.00      due immediately, balance due

    ☐   not later than _____ , or
    ☑   in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

B   ☐   Payment to begin immediately (may be combined with     ☐ C,     ☐ D, or    ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☑   Special instructions regarding the payment of criminal monetary penalties:

    The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333
    Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk
    of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.