IN THE UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Appellee* v. **RYAN TAYLOR NICHOLS,** *Appellant* | Case No. 24-3059 |

### APPELLANT RYAN NICHOLS' MOTION FOR LEAVE TO FILE OUT OF TIME

APPELLANT RYAN NICHOLS, by and through undersigned counsel, respectfully moves this Honorable Court for leave to file the following three documents: a Docketing Statement Form, an Entry of Appearance Form, and a Transcript Status Report.

On May 20, 2024, Undersigned Counsel was instructed to file his application for admission to the Bar of this Court on or before June 20, 2024. According to the Court's instructions, Undersigned Counsel filed his application for admission to the Bar of this Court on June 20, 2024. Undersigned Counsel did not learn of his acceptance and corresponding filing privileges until July 9, 2024. Today, July 11, 2024, is the first available day that Undersigned Counsel could file after learning that he could do so. Undersigned Counsel apologizes for the need to file late and respectfully submits that he should be granted permission to file out of time for the above-stated reasons.

Dated: July 11, 2024

                                                      Respectfully submitted,

                                                      /s/ Joseph D. McBride, Esq.
Bar Number: 65410
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 8th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
Counsel for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served on opposing counsel on July 11, 2024

/s/ Joseph D. McBride, Esq.